HC-001

Name: DEANDRE LEWIS

Address: Valle State Prison
P.O. Box 96 D3-30 2up
Chowchilla, CA 93610

**FILED**

OCT 07 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

CDC or ID Number: F-10981

Eastern District of California Clerk
United States District Court
2500 Tulare St #1501
Fresno CA 93721

*(Court)*

---

| | |
|---|---|
| DEANDRE Lewis | **PETITION FOR WRIT OF HABEAS CORPUS** |
| Petitioner | No. 1:21-cv-01498- **HBK(HC)** |
| vs. | *(To be supplied by the Clerk of the Court)* |
| United States | |
| Respondent | |

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

**RECEIVED**

OCT 07 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2018). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

HC-001

**This petition concerns:**

☐ A conviction                    ☐ Parole

☐ A  sentence                     ☐ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☐ Other *(specify):* _28 U.SC § 2679 (d)(2) FTCA Suit. Civil,_

1. Your name: _DEANDRE LEWIS._

2. Where are you incarcerated? _VALK, STATE PRISON._

3. Why are you in custody?  ☐ Criminal conviction    ☐ Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   _____

   _____

   _____

   _____

   b. Penal or other code sections: _____

   c. Name and location of sentencing or committing court:

   _____

   _____

   d. Case number: _____

   e. Date convicted or committed: _____

   f. Date sentenced: _____

   g. Length of sentence: _____

   h. When do you expect to be released? _____

   i. Were you represented by counsel in the trial court? ☐ Yes  ☐ No   *If yes, state the attorney's name and address:*

   _____

   _____

   _____

4. What was the LAST plea you entered? *(Check one):*

   ☐ Not guilty   ☐ Guilty   ☐ Nolo contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury   ☐ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial

---

6. GROUNDS FOR RELIEF
**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

On Febearey 9, 2021 The (IRS) sent geidence, Prison the Right to Fili, the (RRC) to Recoves and Recein my (EIP) Do to Covid-19. I put in A" Request to Experien and Trans union For my Credit Report. I told Them in a" letter I was a victim of Idenitiy THEFT. I put in A" 14039 To the Depeatment of The Treeuey in FResno Ca. no one is Heipin (me).

a. **Supporting facts:**
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

The (IRS) Geidence on How to Obtain Stimulus Peyment During 2021 Tax Season. Experian (A) and A" copy on my Inmate mail History Report on page 3 of 4 you can see I sent out, my Document to The (IRS) office. to Request the (EIP) And letters to federian officer to (Heip) me. I told them I have been in, Prison From 10-21-2005 And A" copy of my Inmate Statement Report Showing That I did not get my (EIP) I put in my 3911 Foom to And my 1040 Income Tax Return For 2020 That The IRS should have on Fili. From my, Mailing Address at Valley State Prison

b. **Supporting documents:**
Attach declarations; relevant records, transcripts, or other documents supporting your claim. (See *People v. Duvall* (1995) 9 Cal. 4th 464, 474.)

(yes) Showing That no" one From the (IRS) or the Creditor Heiping me. see

c. **Supporting cases, rules, or other authority** *(optional):*
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

28 U.S.C § 2679 (d) (e) undes, 31 U.S.C § 3723 (a) (1) For loss of my (EIP) By the (IRS).

HC-001

7. **Ground 2 or Ground _____** *(if applicable)*:

No one From The U.S Federal
Department of Internal Revenue Service
Is Helping me as far can see Form
Tax supporting documents, to can see
The claims and loss of my Identity,
And The U.S government Is not help me
under 31 USC § 3723 (a)(1)

a. Supporting facts:

I, Have Show This Facts.
In my EXHIBITS.

b. Supporting documents:

See EXHIBIT (C) (E) (A) (D) (F) (G)

c. Supporting cases, rules, or other authority:

**HC-001**

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes  ☐ No   *If yes, give the following information:*

   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"): _____

   b. Result: _____   c. Date of decision: _____

   d. Case number or citation of opinion, if known: _____

   e. Issues raised: (1) _____

   (2) _____

   (3) _____

   f. Were you represented by counsel on appeal? ☐ Yes  ☐ No   *If yes, state the attorney's name and address, if known:*

   _____

9. Did you seek review in the California Supreme Court? ☐ Yes  ☐ No   *If yes, give the following information:*

   a. Result: _____   b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) _____

   (2) _____

   (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal (see *In re Dixon* (1953) 41 Cal.2d 756, 759): _____

11. Administrative review:

   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:

   *See The Exhausted In scripting documents. (A)(B)(C)(D)(E)(F)(G)*

   b. Did you seek the highest level of administrative review available? ☒ Yes  ☐ No
   *Attach documents that show you have exhausted your administrative remedies. (See People v. Duvall (1995) 9 Cal.4th 464, 474.)*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767–769 and *In re Miller* (1941) 17 Cal.2d 734, 735.)
   ☐ Yes   *If yes, continue with number 13.*   ☐ No   *If no, skip to number 15.*

13 a. (1) Name of court: _____

    (2) Nature of proceeding (for example, "habeas corpus petition"): _____

    (3) Issues raised: (a) _____

               (b) _____

    (4) Result (attach order or explain why unavailable): _____

    (5) Date of decision: _____

  b. (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Issues raised: (a) _____

               (b) _____

    (4) Result *(attach order or explain why unavailable):* _____

    (5) Date of decision: _____

  c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Robbins* (1998) 18 Cal.4th 770, 780.)

_____

16. Are you presently represented by counsel? ☐ Yes ☐ No   If yes, state the attorney's name and address, if known:

_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes ☒ No   If yes, explain:

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

*No- But Doto my Learning Disibitity I well need one to Help me*

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: *10/3/21* ▶ _____  (SIGNATURE OF PETITIONER)

HC-001 [Rev. January 1, 2019]   **PETITION FOR WRIT OF HABEAS CORPUS**   Page 6 of 6

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form] [Save this form] [Clear this form]

# EXHIBIT  A

Description of this Exhibit _A. How to obtain Stimulus_
_Payments Frism prison_

Number of Pages _1#_

# UPDATE: IRS Publishes Guidance on How to Obtain Stimulus Payments from Prison During 2021 Tax Season

By Cares Act Prison Case|February 10th, 2021|Important Updates, News

On February 9, 2021, the IRS sent guidance to prison officials around the country explaining how people in prison can obtain their Recovery Rebate Credit (RRC) by filing a 2020 tax return (Form 1040). The "Recovery Rebate Credit" (RRC) is another name for the two rounds of stimulus payments that Congress allocated under the CARES Act and COVID-19 Tax Relief Act. People who have not yet received those payments, or who received less than what they believe they are entitled to, must file a 2020 tax return to obtain the payments now.

These model instructions are designed for people in prison who are single tax-filers, or tax-filers who are married but filing separately, with a 2020 adjusted gross income below $12,400. If you are married and filing a joint tax return, or you earned an income in 2020 above that amount, then you should *not* use this sample form. Instead, please visit the IRS's website for general Form 1040 instructions or consult a tax professional (see https://www.irs.gov/newsroom/recovery-rebate-credit).

Download IRS Instructions Here

Download a blank IRS Form 1040 you can print and fill out

Download IRS Sample 2020 Form 1040 for Low-Income Single Filers Here

Attention Prison Administrators:  Please note that these filings are expressly permitted by the IRS. Form 1040's should not be treated as contraband, and administrators should not interfere with the ability of people in their custody to receive, complete, or mail these tax forms, or to receive their rebate checks in response.

Alaska, California, Hawaii, Ohio, Washington

**Until June 18, 2021 - Mail to:**
Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0002

**After June 18, 2021 - Mail to:**
Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0002

We are writing to provide information regarding Economic Impact Payments (EIP). The purpose of this notification is to share information on how to file for the Recovery Rebate Credit (RRC) on the 2020 1040 form and to answer questions regarding receipt of CP21 notices.

**Filing a 2020 1040 claiming the Recovery Rebate Credit (RRC)**

- If an inmate is eligible and either didn't receive Economic Impact Payments or if they think they qualify for more than they received – they will need to file a 2020 tax return and claim the <u>Recovery Rebate Credit</u> even if they otherwise are not required to file a tax return. We will check their RRC claim against EIP payments already made to prevent overpayments.
- If only claiming Recovery Rebate Credit, see attached sample 1040
  - Select filing status.
  - Enter name(s) including the inmate identifying number, address, Social Security numbers(s).
  - Answer virtual currency question.
  - Enter "Standard deduction" amount on line 12.
  - Compute the Recovery Rebate Credit amount using the instructions
  - Enter the computed amount to all the following lines:
  - line 30, Recovery Rebate
  - line 32, Total Other Payments and Refundable Credits
  - line 33, Total Payments
  - line 34, Overpaid
  - line 35a, Refunded to you
  - Complete direct deposit information on line 35b-35d or check the box on line 35a and complete Form 8888 if you want to split your refund for deposit into more than one account or buy a U.S. Savings Bond. Direct deposit is the safest and fastest way to receive your refund. If you don't choose direct deposit, a paper check will be mailed to you.
  - Don't forget to sign your return.
  - Mailing addresses for where to file is located at the bottom of attached 1040 sample

**Information on IRS.GOV regarding CP21 notices. See link below.**

https://www.irs.gov/newsroom/economic-impact-payment-information-center-topic-k-general-information

If inmate authenticated their identity after receiving a 4883C or 5071C letter and have not received their EIP 1 or EIP 2 they will need to file a 2020 Form 1040 claiming the Recovery Rebate Credit (RRC).

*Please monitor IRS.GOV for updated EIP information, which will help answer most EIP questions.*

2/8/21

# EXHIBIT  B

Description of this Exhibit _COPY OF MY, INMATE_
_Mail HISTORY REPORT._
_TO THE DEPT. OF TREASURY_
_10/13/2020_

Number of Pages _4 of 4 III_

Page 3-4-

MAILROOM SP

## Inmate Confidential Mail History Report

| CDC# | INMATE NAME |
|---|---|
| E10981 | LEWIS, DEANDRE |

| Date Recieved | Date Entered | In Out | Certified | Out to Court | RTS | Correspondent | Address | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2013 | 09/17/2013 | In | | | | US DIST COURT OFFICE OF THE CLERK | US COURTHOUSE RM G8 | LA | CA | 90012 |
| 11/03/2015 | 11/04/2015 | In | HQ | | | CALIFORNIA DEPT. OF CORR.&REHAB. BOARD OF PAROLE HEARINGS | P.O. BOX 4036 | SACRAMENTO | CA | 95812-4036 |
| 06/01/2016 | 06/02/2016 | In | HQ | | | BOARD OF PAROLE HEARINGS LEGAL DIVISION | PO BOX 4036 | SACRAMENTO | CA | 95812-4036 |
| 03/29/2017 | 03/30/2017 | In | | | | PRISON LAW OFFICE DIR..DONALD SPECTER, ATTYS. @ LAW | GENERAL DELIVERY | SAN QUENTIN | CA | 94964-0001 |
| 05/08/2017 | 05/09/2017 | In | | | | BUTTE CTY. SUPERIRO COURT BUTTE CTY. COURTHOUSE | ONE COURT STREET | OROVILLE | CA | 95965-3303 |
| 04/16/2018 | 04/16/2018 | Out | | | | DISTRICT ATTORNEY OFFICE | 210 WEST TEMPLE STREET | LOS ANGELES | CA | 90012 |
| 04/16/2018 | 04/16/2018 | Out | | | | CLERK'S OFFICE METROPOLITAN COURTHOUSE | 1945 S. HILL ST. | LOS ANGELES | CA | 9007 |
| 04/24/2018 | 04/25/2018 | In | | | | SUPERIOR COURT OF CALIF . CTY. OF LOS ANGELES CENTRALDIST.-METROPOLITAN | 1945 SOUTH HILL STREET | LOS ANGELES | CA | 90007 |
| 05/09/2018 | 05/10/2018 | In | | | | OFFICEOFTHEDIST.ATTY.CTY.OFLOS ANGELESJOHNHARLAN,ILAHID | 210 WEST TEMPLE STREET | LOS ANGELES | CA | 90012 |
| 08/24/2018 | 08/24/2018 | Out | | | | COURT CLERK LOS ANGELES COUNTY SUPERIOR COURT | 210 WEST TEMPLE STREET, DEPT. 101 | LOS ANGELES | CA | 90012 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/14/2018 | 09/17/2018 | In | ☐ | ☐ | COURT CLERK LOS ANGELES COUNTY SUPERIOR COURT | 210 WEST TEMPLE STREET, DEPT. 101 | LOS ANGELES | CA | 90012 |
| 09/25/2018 | 09/25/2018 | Out | ☐ | ☐ | OFFICE OF THE DISTRICT ATTORNEY COURT OF LOS ANGELES | 210 WEST TEMPLE STREET | LOS ANGELES | CA | 90012 |
| 10/31/2018 | 11/01/2018 | In | ☐ | ☐ | SUPERIOR COURT OF CALIF. CTY. OF LOS ANGELES CENTRAL DIST.CLARASHORTRI | 210 WEST TEMPLE STREET | LOS ANGELES | CA | 90012 |
| 11/28/2018 | 11/29/2018 | In | ☐ | ☐ | A. WILLIAM BARTZ, JR ATTORNEY @ LAW | 22939 HAWTHORNE BLVD, STE 307 | TORRANCE | CA | 90505 |
| 12/12/2018 | 12/12/2018 | Out | ☐ | ☐ | COURT CLERK LOS ANGELES COUNTY SUPERIOR COURT | 210 WEST TEMPLE STREET, DEPT. 101 | LOS ANGELES | CA | 90012 |
| 01/04/2019 | 01/07/2019 | In | ☐ | ☐ | LAW OFCS OF A. WILLIAM BARTZ, JR | 22939 HAWTHORNE BLVD., STE. 307 | TORRANCE | CA | 90505 |
| 01/08/2019 | 01/09/2019 | In | ☐ | ☐ | SUPERIOR COURTOFCALIF. CTY. OF LOS ANGELES | 210 WEST TEMPLE STREET | LOS ANGELES | CA | 90012 |
| 01/10/2019 | 01/10/2019 | Out | ☐ | ☐ | LAW OFC OF A. WILLIAM BARTZ, JR | 2939 HAWTHORNE BLVD, STE 307 | TORRANCE | CA | 90505 |
| 02/11/2019 | 02/12/2019 | | ☐ | ☐ | SUPERIOR COURT OF CLIF CTY OFLOSANGELES CENTRAL DIST-CLARA SHORTRIDGE | 210 WEST TEMPLE STREET | LOS ANGELES | CA | 90012 |
| 02/28/2019 | 04/24/2019 | In | ☐ | ☐ | COURT CLERK LOS ANGELES COUNTY SUPERIOR CORT | 210 WEST TEMPLE ST, DET 100 | LOS ANGELES | CA | 90012 |
| 04/15/2019 | 04/24/2019 | In | ☐ | ☐ | LAW OFFICES OF A. WILLIAM BARTZ, JR | 22939 HAWTHORNE BLVD., STE. 307 | TORRANCE | CA | 90505 |
| 04/16/2019 | 04/18/2019 | In | ☐ | ☐ | COURT CLERK LOS ANGELES COUNTY SUPERIOR COURT | 210 WEST TEMPLE STREET, DEPT 100 | LOS ANGELES | CA | 90012 |
| 04/16/2019 | 04/18/2019 | In | ☐ | ☐ | LAW OFFICES OF A. WILLIAM BARTZ, JR | 22939 HAWTHORNE, STE 307 | TORRANCE | CA | 90505 |
| 04/29/2019 | 04/30/2019 | In | ☐ | ☐ | LOS ANGELES SUPERIOR COURT CENTRAL DISTRICT-CRIMINAL JUSTICE CENTER | 210 WEST TEMPLE STREET | LOS ANGELES | CA | 90012 |
| 06/04/2019 | 06/05/2019 | In | ☐ | ☐ | SUPERIOR COURT OF CALIFORNIA CTY OFLOS ANGELES CENTRAL DIST.-CLARASHOR | 210 WEST TRMPLE STREET | LOS ANGELES | CA | 90012 |

| | | | | | | Name / Description | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/2019 | 10/10/2019 | Out | | | | LAW OFFICES OF A. WILLIAM BRTZ, JR | 22939 HAWTHORNE BLVD., STE 307 | TORRANCE | CA | 90505 |
| 11/14/2019 | 11/14/2019 | Out | | | | OFFICE OF THE GOVERNOR LEGAL AFFAIRS/CLEMENCY | | SACRAMENTO | CA | 95814 |
| 11/14/2019 | 11/14/2019 | Out | | | | DISTRICT ATTORNEY | 211 WEST TEMPLE STREET SUITE 1200 | LOS ANGELES | CA | 90012 |
| 11/26/2019 | 11/26/2019 | Out | | | | DISTRICT ATTORNEY | 210 WEST TEMPLE STREET | LOS ANGELES | CA | 90012 |
| 11/26/2019 | 11/26/2019 | Out | | | | DISTRICT ATTORNEY | 211 WEST TEMPLE STREET SUITE 1255 | LOS ANGELES | CA | 90012 |
| 02/19/2020 | 02/20/2020 | In | HQ | | | CHIEF OFFICE OF APPEALS CDCR | PO BOX 942883 | SACRAMENTO | CA | 94283-0001 |
| 06/01/2020 | 06/02/2020 | In | HQ | | | BOARD OF PAROLE HEARINGS CDCR | PO BOX 4036 | SACRAMENTO | CA | 95812-4036 |
| 07/20/2020 | 07/20/2020 | Out | | | | APPEAL BRANCH CDCR | PO BOX 942883 | SACRAMENTO | CA | 94283 |
| 07/20/2020 | 07/20/2020 | Out | | | | APPEALS BRANCH CDCR | PO BOX 942883 | SACRAMENTO | CA | 94283 |
| 08/10/2020 | 08/11/2020 | In | | | | PRISON LAW OFFICE DONALD SPECTER ATTORNEY | | SAN QUENTIN | CA | 94964-0001 |
| 09/08/2020 | 09/09/2020 | In | HQ | | | CHIEF OFFICE OF APPEALS CDCR | PO BOX 942883 | SACRAMENTO | CA | 94283-0001 |
| 09/22/2020 | 09/23/2020 | In | HQ | | | CHIEF OFFICE OF APPEALS CDCR | PO BOX 942883 | SACRAMENTO | CA | 94283-0001 |
| 10/13/2020 | 10/13/2020 | Out | | | | DEPT OF THE TREASURY | INTERNAL REVENUE SERVICE | FRESNO | CA | 93888-0002 |
| 10/26/2020 | 10/27/2020 | In | HQ | | | CHIEF OFFICE OF APPEALS CDCR | PO BOX 942883 | SACRAMENTO | CA | 94283-0001 |
| 12/07/2020 | 12/08/2020 | In | | | | CHIEF OFFICE OF APPEALS CDCR | PO BOX 942883 | SACRAMENTO | CA | 94283-0001 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/2020 | 12/15/2020 | In | HQ | ☐ | ☐ | ☐ | CHIEF, OFFICEOF APPEALS CDCR | PO BOX 942883 | SACRAMENTO | CA | 94283-0001 |
| 01/26/2021 | 01/26/2021 | Out | | ☐ | ☐ | ☐ | LOSANGELESCOUNTYDIST.ATTY'SO FFICECONVICTIONREVIEWUNI | 211  WEST TEMPLE STREET ROOM #1255 | LOS ANGELES | CA | 90012 |
| 02/17/2021 | 02/17/2021 | Out | ☐ | ☐ | ☐ | ☐ | LOS ANGELES CTY ATTY'S OFFICE DISTRICT ATTOREY GEORGE GASCON CONVICTIO | 211 WEST TEMPLE ST, M 1255 | LOS ANGELES | CA | 90012 |
| 03/16/2021 | 03/17/2021 | In | | ☐ | ☐ | ☐ | OFFICE OF THE DIST.ATTY.CTY.OFLOSANGELESHAL L OF JUSTICE | 211 WEST TEMPLE STREET STE 1255 | LOS ANGELES | CA | 90012-3205 |
| 04/05/2021 | 04/07/2021 | In | | ☐ | ☐ | ☐ | CHIEF, OFFICE OF APPEALS CDCR | PO BOX 942883 | SACRAMENTO | CA | 94283-0001 |
| 04/12/2021 | 04/13/2021 | In | HQ | ☐ | ☐ | ☐ | CDCR BOARD OF PROLE HEARINGS | PO BOX 4036 | SACRAMENTO | CA | 95812-4036 |
| 05/17/2021 | 05/18/2021 | In | | ☐ | ☐ | ☐ | CHIEF, OFFICE OF APPEALS DEPARTMENT OF CORRECTIONS AND REHABILITATION | P.O.BOX 942883 | SACRAMENTO | CA | 94283-0001 |
| 07/07/2021 | 07/07/2021 | Out | | ☐ | ☐ | ☐ | MADERA COUNTY SUPERIOR COURT | 200 SOUTH G STREET | MADERA | CA | 93637-3596 |

**Total Records   48**

# EXHIBIT  C

Description of this Exhibit _COPY of MY 14039 FORM on 7-16-21 And MY 14039, 7-26-21 And MY legal Status And MY Inmate Statement Report COPY - OF MY CDCR (I.D)_

Number of Pages _____6_____

| Form **14039** (December 2020) | Department of the Treasury - Internal Revenue Service **Identity Theft Affidavit** | OMB Number 1545-2139 |

Complete this form if you need the IRS to mark an account to identify questionable activity.

## Section A - Check the following boxes in this section that apply to the specific situation you are reporting *(Required for all filers)*

☒ 1. I am submitting this Form 14039 for myself

☐ 2. This Form 14039 is submitted in response to a 'Notice' or 'Letter' received from the IRS
- Please provide 'Notice' or 'Letter' number(s) on the <u>line to the right</u>
- Please check box 1 in **Section B** and see special mailing and faxing instructions on reverse side of this form.

☐ 3. I am submitting this Form 14039 on behalf of my 'dependent child or dependent relative'
- Please complete **Section E** on reverse side of this form.

☐ 4. I am submitting this Form 14039 on behalf of another person *(other than my dependent child or dependent relative)*
- Please complete **Section E** on reverse side of this form.

## Section B – Reason For Filing This Form *(Required)*

Check only **ONE** of the following boxes that apply to the person listed in **Section C** below. If the taxpayer in 'Section C' has previously submitted a Form 14039 to the IRS on the same affected tax year(s), there's no need to submit another Form 14039.

☐ 1. **Someone used my information to file taxes, including being incorrectly claimed as a dependent**

☒ 2. **I don't know if someone used my information to file taxes, but I'm a victim of identity theft**

**Please provide an explanation** of the identity theft issue, how you became aware of it and provide relevant dates. If needed, please attach additional information and/or pages to this form.

*See THE Attthed EXPERIAN Credit REPORT # 3922-0517-75, DATE OF, Jul-08, 2021. I was ARRESTED IN, 5/14/2004. I, was giving 27 tens to life on Octobe 21, 2005. IN The Los Angeles SUPERIOR Court IN Los Angeles CALIFORNIA, I'M A" victim OF Identity Theft AS you Can see.*

## Section C – Name and Contact Information of Identity Theft Victim *(Required)*

| Victim's last name | First name | Middle initial | Taxpayer Identification Number *(Please provide 9-digit Social Security Number)* |
|---|---|---|---|
| Lewis | DeAndRee | | 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 |

**Current mailing address** *(apartment or suite number and street, or P.O. Box)* If deceased, please provide last known address

V. S. P. P.O. Box 92

| Current city | | State | ZIP code |
|---|---|---|---|
| ChowChilla, | | CA | 93610 |

**Tax Year(s) you experienced identity theft** *(If not known, enter 'Unknown' in one box below)*

| uncle | 2019 | 2020 | 2021 | 2016 | | | | **What is the last year you filed a return** 2020 |

| Address used on last filed tax return *(If different than 'Current')* | Names used on last filed tax return *(If different than 'Current')* |
|---|---|
| VSP P.O.Box 92 | DeAndRe Lewis |

| City *(on last tax return filed)* | | State | ZIP code |
|---|---|---|---|
| ChowChilla | | CA | 93610 |

| Telephone number with area code *(Optional)* If deceased, please indicate 'Deceased' | Best time(s) to call |
|---|---|
| Home telephone number  N/A    Cell phone number  N/A | N/A |

| Language in which you would like to be contacted | ☒ English | ☐ Spanish |

## Section D – Penalty of Perjury Statement and Signature *(Required)*

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

| Signature of taxpayer, or representative, conservator, parent or guardian | Date signed 7/16/21 |

**Submit this completed form to either the mailing address or the FAX number provided on the reverse side of this form.**

Catalog Number 52525A                    www.irs.gov                    Form **14039** (Rev. 12-2020)

## Section E – Representative, Conservator, Parent or Guardian Information *(Required if completing Form 14039 on someone else's behalf)*

Check only **ONE** of the following five boxes next to the reason you are submitting this form

☐ **1. The taxpayer is deceased and I am the surviving spouse**
   • No attachments are required, including death certificate.

☐ **2. The taxpayer is deceased and I am the court-appointed or certified personal representative**
   • Attach a copy of the court certificate showing your appointment.

☐ **3. The taxpayer is deceased and a court-appointed or certified personal representative has not been appointed**
   • Attach copy of death certificate or formal notification from a government office informing next of kin of the decedent's death.
   • Indicate your relationship to decedent: ☐ Child  ☐ Parent/Legal Guardian  ☐ Other

☐ **4. The taxpayer is unable to complete this form and I am the appointed conservator or have Power of Attorney/Declaration of Representative authorization per IRS Form 2848**
   • Attach a **copy** of documentation showing your appointment as conservator or POA authorization.
   • If you have an IRS issued **Centralized Authorization File (CAF)** number, enter the nine-digit number:
   [ ][ ][ ][ ][ ][ ][ ][ ][ ]

☐ **5. The person is my dependent child or my dependent relative**
   By checking this box and signing below you are indicating that you are an authorized representative, as parent, guardian or legal guardian, to file a legal document on the dependent's behalf.
   • Indicate your relationship to person: ☐ Parent/Legal Guardian  ☐ Fiduciary Relationship per IRS Form 56
                                         ☐ Power of Attorney  ☐ Other

Representative's name

| Last name | First name | Middle initial |
|---|---|---|
|  |  |  |

Representative's current mailing address *(City, town or post office, state, and ZIP code)*

Representative's telephone number

## Instructions for Submitting this Form

Submit this completed and signed form to the IRS via **Mail** or **FAX** to specialized IRS processing areas dedicated to assist you. In **Section C** of this form, be sure to include the Social Security Number in the 'Taxpayer Identification Number' field.

**Help us avoid delays:**
   • Choose one method of submitting this form either by Mail or by FAX, not both.
   • Please provide clear and readable photocopies of any additional information you may choose to provide.
   • Note that 'tax returns' may not be submitted to either the mailing address or FAX number.

| Submitting by Mail | Submitting by FAX |
|---|---|
| • If you checked Box 1 in Section B in response to a notice or letter received from the IRS, return this form and if possible, a copy of the notice or letter to the address contained in the notice or letter. <br><br>• If you checked Box 1 in Section B of Form 14039, are unable to file your tax return electronically because the primary and/or secondary SSN was misused, attach this Form 14039 to the back of your paper tax return and submit to the IRS location where you normally file your tax return. <br><br>• If you've already filed your paper return, please submit this Form 14039 to the IRS location where you normally file. Refer to the 'Where Do You File' section of your return instructions or visit IRS.gov and input the search term 'Where to File'. <br><br>• If you checked Box 2 in Section B of Form 14039 (no current tax-related issue), mail this form to: <br><br>**Department of the Treasury<br>Internal Revenue Service<br>Fresno, CA 93888-0025** | • If you checked Box 1 in Section B of Form 14039 and are submitting this form in response to a notice or letter received from the IRS. If it provides a FAX number, you should send there. <br><br>If no FAX number is shown on the notice or letter, please follow the mailing instructions on the notice or letter. <br><br>• Include a cover sheet marked 'Confidential'. <br><br>• If you checked Box 2 in Section B of Form 14039 (no current tax-related issue), FAX this form toll-free to: <br><br>**855-807-5720** |

## Privacy Act and Paperwork Reduction Notice

Our legal authority to request the information is 26 U.S.C. 6001. The primary purpose of the form is to provide a method of reporting identity theft issues to the IRS so that the IRS may document situations where individuals are or may be victims of identity theft. Additional purposes include the use in the determination of proper tax liability and to relieve taxpayer burden. The information may be disclosed only as provided by 26 U.S.C. 6103. Providing the information on this form is voluntary. However, if you do not provide the information it may be more difficult to assist you in resolving your identity theft issue. If you are a potential victim of identity theft and do not provide the required substantiation information, we may not be able to place a marker on your account to assist with future protection. If you are a victim of identity theft and do not respond to required information, it may be difficult for IRS to determine your correct tax liability. If you intentionally provide false information, you may be subject to criminal penalties. You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave, NW, IR-6526, Washington, DC 20224. Do not send this form to this address. Instead, see the form for filing instructions. Notwithstanding any other provision of the law, no person is required to respond to, nor shall any person be subject to a penalty for failure to comply with, a collection of information subject to the requirements of the Paperwork Reduction Act, unless that collection of information displays a currently valid OMB Control number.

| Form **14039** (December 2020) | Department of the Treasury - Internal Revenue Service **Identity Theft Affidavit** | OMB Number 1545-2139 |
|---|---|---|

*Copy*

Complete this form if you need the IRS to mark an account to identify questionable activity.

## Section A - Check the following boxes in this section that apply to the specific situation you are reporting *(Required for all filers)*

☒ 1. I am submitting this Form 14039 for myself

☐ 2. This Form 14039 is submitted in response to a 'Notice' or 'Letter' received from the IRS
   - Please provide 'Notice' or 'Letter' number(s) on the **line to the right**
   - Please check box 1 in **Section B** and see special mailing and faxing instructions on reverse side of this form.

☐ 3. I am submitting this Form 14039 on behalf of my 'dependent child or dependent relative'
   - Please complete **Section E** on reverse side of this form.

☐ 4. I am submitting this Form 14039 on behalf of another person *(other than my dependent child or dependent relative)*
   - Please complete **Section E** on reverse side of this form.

## Section B – Reason For Filing This Form *(Required)*

Check only **ONE** of the following boxes that apply to the person listed in **Section C** below. If the taxpayer in 'Section C' has previously submitted a Form 14039 to the IRS on the same affected tax year(s), there's no need to submit another Form 14039.

*Copy*

☐ 1. **Someone used my information to file taxes, including being incorrectly claimed as a dependent**

☒ 2. **I don't know if someone used my information to file taxes, but I'm a victim of identity theft**

**Please provide an explanation** of the identity theft issue, how you became aware of it and provide relevant dates. If needed, please attach additional information and/or pages to this form.

*On 7-16-21 I put a 14039 Form in on Experian - Credit This one is for Trans Union Credit. This is not me. I'm a victim of identity Theft. This Address is not my or my Family.*

## Section C – Name and Contact Information of Identity Theft Victim *(Required)*

| Victim's last name *Lewis* | First name *Deandre* | Middle initial | Taxpayer Identification Number *(Please provide 9-digit Social Security Number)* **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** |
|---|---|---|---|

**Current mailing address** *(apartment or suite number and street, or P.O. Box)* If deceased, please provide last known address
*V.S.P. P.O. Box 92* *Copy*

| Current city *Chowchilla* | State | ZIP code |
|---|---|---|

**Tax Year(s) you experienced identity theft** *(If not known, enter 'Unknown' in one box below)*
*Unsre  2019  2020  2021  2016*

**What is the last year you filed a return** *2020*

| Address used on last filed tax return *(If different than 'Current')* *V.S.P. P.O Box 92* | Names used on last filed tax return *(If different than 'Current')* *Deandre Lewis* | | |
|---|---|---|---|

| City *(on last tax return filed)* *Chowchilla* | | State *CA* | ZIP code *93610* |
|---|---|---|---|

**Telephone number with area code** *(Optional)* If deceased, please indicate 'Deceased'

| Home telephone number *N/A* | Cell phone number *N/A* | Best time(s) to call *N/A* |
|---|---|---|

Language in which you would like to be contacted   ☐ English   ☐ Spanish

## Section D – Penalty of Perjury Statement and Signature *(Required)*

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

| Signature of taxpayer, or representative, conservator, parent or guardian | Date signed *7/26/21* |
|---|---|

Submit this completed form to either the mailing address **or** the FAX number provided on the reverse side of this form.

**Section E – Representative, Conservator, Parent or Guardian Information** *(Required if completing Form 14039 on someone else's behalf)*

Check only **ONE** of the following five boxes next to the reason you are submitting this form

- [ ]  **1.  The taxpayer is deceased and I am the surviving spouse**
  - No attachments are required, including death certificate.
- [ ]  **2.  The taxpayer is deceased and I am the court-appointed or certified personal representative**
  - Attach a copy of the court certificate showing your appointment.
- [ ]  **3.  The taxpayer is deceased and a court-appointed or certified personal representative has not been appointed**
  - Attach copy of death certificate or formal notification from a government office informing next of kin of the decedent's death.
  - Indicate your relationship to decedent:  [ ] Child  [ ] Parent/Legal Guardian  [ ] Other
- [ ]  **4.  The taxpayer is unable to complete this form and I am the appointed conservator or have Power of Attorney/Declaration of Representative authorization per IRS Form 2848**
  - Attach a **copy** of documentation showing your appointment as conservator or POA authorization.
  - If you have an IRS issued **Centralized Authorization File (CAF) number, enter the nine-digit number:**
  
  | | | | | | | | | |
  |---|---|---|---|---|---|---|---|---|
  | | | | | | | | | |

- [ ]  **5.  The person is my dependent child or my dependent relative**
  By checking this box and signing below you are indicating that you are an authorized representative, as parent, guardian or legal guardian, to file a legal document on the dependent's behalf.
  - Indicate your relationship to person:  [ ] Parent/Legal Guardian      [ ] Fiduciary Relationship per IRS Form 56
  
    [ ] Power of Attorney      [ ] Other

Representative's name

| Last name | First name | Middle initial |
|---|---|---|
| | | |

Representative's current mailing address *(City, town or post office, state, and ZIP code)*

Representative's telephone number

**Instructions for Submitting this Form**

Submit this completed and signed form to the IRS via **Mail** or **FAX** to specialized IRS processing areas dedicated to assist you.

In **Section C** of this form, be sure to include the Social Security Number in the 'Taxpayer Identification Number' field.

**Help us avoid delays:**
- Choose one method of submitting this form either by Mail or by FAX, not both.
- Please provide clear and readable photocopies of any additional information you may choose to provide.
- Note that 'tax returns' may not be submitted to either the mailing address or FAX number.

| Submitting by Mail | Submitting by FAX |
|---|---|
| • If you checked Box 1 in Section B in response to a notice or letter received from the IRS, return this form and if possible, a copy of the notice or letter to the address contained in the notice or letter.<br><br>• If you checked Box 1 in Section B of Form 14039, are unable to file your tax return electronically because the primary and/or secondary SSN was misused, attach this Form 14039 to the back of your paper tax return and submit to the IRS location where you normally file your tax return.<br><br>• If you've already filed your paper return, please submit this Form 14039 to the IRS location where you normally file. Refer to the 'Where Do You File' section of your return instructions or visit IRS.gov and input the search term 'Where to File'.<br><br>• If you checked Box 2 in Section B of Form 14039 (no current tax-related issue), mail this form to:<br><br>**Department of the Treasury<br>Internal Revenue Service<br>Fresno, CA 93888-0025** | • If you checked Box 1 in Section B of Form 14039 and are submitting this form in response to a notice or letter received from the IRS. If it provides a FAX number, you should send there.<br><br>If no **FAX** number is shown on the notice or letter, please follow the mailing instructions on the notice or letter.<br><br>• Include a cover sheet marked 'Confidential'.<br><br>• If you checked Box 2 in Section B of Form 14039 (no current tax-related issue), FAX this form toll-free to:<br><br>**855-807-5720** |

**Privacy Act and Paperwork Reduction Notice**

Our legal authority to request the information is 26 U.S.C. 6001. The primary purpose of the form is to provide a method of reporting identity theft issues to the IRS so that the IRS may document situations where individuals are or may be victims of identity theft. Additional purposes include the use in the determination of proper tax liability and to relieve taxpayer burden. The information may be disclosed only as provided by 26 U.S.C. 6103. Providing the information on this form is voluntary. However, if you do not provide the information it may be more difficult to assist you in resolving your identity theft issue. If you are a potential victim of identity theft and do not provide the required substantiation information, we may not be able to place a marker on your account to assist with future protection. If you are a victim of identity theft and do not provide the required information, it may be difficult for IRS to determine your correct tax liability. If you intentionally provide false information, you may be subject to criminal penalties. You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send this form to this address. Instead, see the form for filing instructions. Notwithstanding any other provision of the law, no person is required to respond to, nor shall any person be subject to a penalty for failure to comply with, a collection of information subject to the requirements of the Paperwork Reduction Act, unless that collection of information displays a currently valid OMB Control Number.

F-10981

CDCR Inmate ID v2

IDENTIFICATION CARD

STATE OF CALIFORNIA

STATE OF CALIFORNIA

CDC# F10981  Date 04/16/2019

CDC: F10981
PID: 11555404
LEWIS,
DEANDRE
07/13/2021    DOB: 03/21/1985

IDENTIFICATION CARD

7/16/21

CDCR
F-10981

OK'D TO GO S/W NOTED
JAN 2 6 2009

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
### SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*[Not to be used for multiple count convictions or for 1/3 consecutive sentences]*

CR-290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **LOS ANGELES** ✓

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 2 4 2006

John A. Clarke, Executive Officer/Clerk
By _____, Deputy

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **LEWIS, DEADRE**                     DOB: **03-21-85**     CASE NUMBER
                                                                       **BA265042**
AKA:
CII#: **A25194576**
BOOKING #: **8125687**            ☐ NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT            ☐ AMENDED ABSTRACT

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| **10-21-05** | **101** | **WILLIAM POUNDERS** |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| A P JORDAN | J IANNONE | X1873316 |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | |
|---|---|---|
| E P HARMON | R A CURTIS | ☐ APPT'D. |

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DATE/YEAR) | CONVICTED BY JURY | CONVICTED BY COURT | CONVICTED BY PLEA | TERM (L. M. U) | TIME IMPOSED YRS. | TIME IMPOSED MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 664/211** | ATTEMPTED ROBBERY 2ND | 2004 | 09-02-05 | X | | | M | 2 | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 12022.53(D) | 25L | | | | | | | 25 ✓ LIF |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):

   Restitution Fine(s): $5,000. per PC 1202.4(b) forthwith per PC 2085.5; $5,000. per PC 1202.45 suspended unless parole is revoked.

   Restitution per PC 1202.4(f): ☐ $_____ / ☐ Amount to be determined    to ☐ victim(s)*    ☐ Restitution Fund
   (*List victim name(s) if known and amount breakdown in item 7 below.)

   Fine(s): $_____ per PC 1202.5. $_____ per VC 23550 or _____ days  ☐ county jail  ☐ prison in lieu of fine  ☐ CC  ☐ CS

   Lab Fee: $_____ per HS 11372.5(a) for counts _____.  ☐ Drug Program Fee of $150 per HS 11372.7(a).

6. TESTING:  a. ☐ AIDS pursuant to PC 1202.1    b. ☒ DNA pursuant to PC 296    c. ☐ other *(specify)*:

7. Other orders *(specify)*:  PLUS $20.00 COURT SECURITY ASSESSMENT (PURSUANT TO 1465.8(A)(1) P.C. )

| 8. | TOTAL TIME IMPOSED EXCLUDING COUNTY JAIL TERM: | 27 | LIF |
|---|---|---|---|

9. ☐ This sentence is to run concurrent with *(specify)*:

10. Execution of sentence imposed
   a. ☒ at initial sentencing hearing.                          d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
   b. ☐ at resentencing per decision on appeal.                 e. ☐ other *(specify)*:
   c. ☐ after revocation of probation.

11.

| DATE SENTENCE PRONOUNCED | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS: INCLUDING: | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | ☐ 4019 ☐ 2933.1 | TIME SERVED IN STATE INSTITUTION: | DMH | CDC | CRC |
|---|---|---|---|---|---|---|---|---|---|
| 10-21-05 ✓ | 603 | | 525 | 78 ✓ | 4019 | | | | |

12. The defendant is remanded to the custody of the sheriff ☒ forthwith  ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
   To be delivered to  ☒ the reception center designated by the director of the California Department of Corrections.
                       ☐ other *(specify)*:

CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| D.H.HERNANDEZ | 01-24-06 |

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be incorporated in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290.1 (Rev. January 1, 2003)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM

Penal Code,
§§ 1170.1213, 1213.5

Name: LEWIS, DEANDRE

COPY **Legal Status Summary**

CDC #: F10981  PID #: 11

OTCS010

Monday June 14, 2021 09:5.

| Inmate Name: LEWIS, DEANDRE | CDC #: F10981 | DOB: 03/21/1985 |
| | | CCRA: C. Gordon |
| Facility: VSP-Facility C [VSP-C] | Housing: C 004 1-006001U | CCI: T. Yang |
| PC2933 Eligible: No | MCC/RAC/EMC/ECC Eligible: Yes | PRCS Eligible: No |

You have been committed to the CDCR to serve the following sentences.

┌─ Sentencing Overview ─
Term Start Date: 02/02/2006      Total Term: Life With Parole       Overall Max Date: Life With Parole
Life Term Start Date: 02/02/2006   Total Minimum Term: 27y 0m 0d
Control Date: 01/19/2028         Control Date Type: MEPD
Time Served: 6042 days          Time Remaining: 2736 days          As of Date: 07/23/2020

## Sentence Structure

| Cmt. | County | Sentence Date | Total Time Imposed | Status | Status Date |
|------|--------|---------------|--------------------|--------|-------------|
| AA | Los Angeles | 10/21/2005 | Life With Parole | Imposed | 10/21/2005 |

### Sentence Components (1 - 1 of 1)

| Cmp. | Count | County/Case # | Crime (Statute) | Offense | Offense Date | Time Imposed | Relationship to Cmt./Cmp. | Credit Rate | Pre-Snt Credit | Post-Snt Credit | Vested Credit |
|------|-------|---------------|-----------------|---------|--------------|--------------|---------------------------|-------------|----------------|-----------------|---------------|
| 001 | 002 | Los Angeles/ BA265042 (Offn. Enhan.) | PC212.5 (c)/ATT[03] (PC12022.53 (d)[01]) | Attempted Robbery 2nd (Intentional Discharge of Firearm Causing GBI/Death) | 05/12/2004 | 2y 0m 0d ( 25y 0m 0d ) | | 0%/20%/33.3% Vio or 0%/33.3% /50.0% Non-vio 3rd Striker | 603 | 103 | 51 |

COMMENTS:
AA CT2 12022.53(D)25YRS. TO LIFE ARDTS Release Date:10-16-2022 ARDTS Release Type:LIFE CASE CDCNO:F10981

## Legal Mandates (1 - 1 of 1)

| Cmt./Cmp. | Mandate Type | Begin Date | Due Date | Status |
|-----------|--------------|------------|----------|--------|
| AA-001 | Notification Reqd - Violent Felon (PC3058.6) | | | Required |

## Dead Time

| Began | Ended | Days | Type |
|-------|-------|------|------|
| No Rows Found | | | |

## CDCR Credits Received/Lost (1 - 14 of 14)

| Entry Date | Effective Date | Type | Work Group | Duration (days) | Recd/Lost Days | Reason | Status | Qualifier |
|------------|----------------|------|------------|-----------------|----------------|--------|--------|-----------|
| 07/23/2020 | 07/09/2020 | Meritorious Credit/ECC | | | 84 | Other | Applied | |
| 04/08/2019 | 04/08/2019 | Restoration of Credits | | | 30 | Meets Automatic Criteria | Applied | Log # 000000006187149 |
| 01/16/2019 | 12/13/2018 | Credit Lost (due to Disciplinary) | | | 30 | Disciplinary Penalty | Applied | Log # 000000006187149 |
| 01/03/2017 | 05/08/2007 | Work Group Change (done | A1 - Full Time | 4825 | | Classification Action | Applied | |

| | | | Assignment | | | | |
|---|---|---|---|---|---|---|---|
| 12/22/2016 | 05/08/2007 | Work Group Change (done by Cls.) | A1 - Full Time Assignment | 3516 | | Classification Action | Void |
| 11/09/2016 | 11/02/2016 | Work Group Change (done by Cls.) | D1 - Administrative Segregation | 7 | | Classification Action | Void |
| 01/26/2016 | 05/08/2007 | Work Group Change (done by Cls.) | A1 - Full Time Assignment | 3466 | | Classification Action | Void |
| 03/10/2015 | 05/08/2007 | Work Group Change (done by Cls.) | A1 - Full Time Assignment | 2863 | | Classification Action | Void |
| 11/13/2014 | 01/06/2031 | Accept SOMS MEPD | | | | SOMS Date Correct | Applied |
| 11/13/2014 | 01/06/2031 | MEPD Override | | | | Manual Calculation | Void |
| 08/13/2013 | 10/16/2022 | MEPD Override | | | | Loss/Restoration wrong Calculation Record | Void |
| 03/16/2009 | 03/16/2009 | Behavior Credit Lost | | | 30 | Unknown | Pending | Log # 0309D045 |
| 05/08/2007 | 05/08/2007 | Work Group Change (done by Cls.) | A1 - Full Time Assignment | 2745 | | Generated by Data Conversion | Void |
| 02/02/2006 | 02/02/2006 | Work Group Change (Generated by IAO) | U - Unclassified | 460 | | External Movement | Applied |

**Financial Obligations**

| Commitment | Court | Case Number | Account Type | Amount Ordered |
|---|---|---|---|---|
| | | No Rows Found | | |

**Active Detainers/Notifications**

| Date Placed | Type | Reason | Agency Name | Detainer/Case # | Offense |
|---|---|---|---|---|---|
| | | | No Rows Found | | |

Legend: (The dates shown above are subject to change.)

Date\Time: 7/1/2021 9:54:15 AM
Institution: VSP

CDCR

## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|-------|-------------------|-------------|------|----------|
| F10981 | LEWIS, DEANDRE | VSP | C  004 1 | 006001 |

Current Available Balance:     $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|------------------|-------------|------------------|-------------|-----------------|--------|-----------------|
| **No information was found for the given criteria.** | | | | | | |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|------------------|------------------|--------|
| **No information was found for the given criteria.** | | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|-----------------|-------------|-----------------------|-----------------------------------|-----------------|
| COSMETOLOGY | SERVICES 072717 VSP | $6.00 | $0.00 | $5.99 |
| DAMAGES - ID CARD | ID CARD 102319 VSP | $7.00 | $0.00 | $7.00 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|-------------|-------------|--------|-----------------------|------------------|-----------------------------------|-----------------|
| RESTITUTION FINE | BA265042 | Active | $5,000.00 | $0.00 | $0.00 | $4,622.09 |

# EXHIBIT  D

Description of this Exhibit  *COPYS OF EXPESIAN And TRANS UNION CRedit REPORT. And M-1 letter TO them.*

Number of Pages  *6-EXPesiaN. 4-TRANS UNION.*

F.I.C.D

Credit.    7-26-21

To: Trans Union Consumes Relations
P. O. Box 2000
Chester, PA" 190016-2000

From: Demodne Lewis F-10981 CY-6-1UP
V.S.P  P.O. Box 92 Chowchilla, CA" 93610-0092

File # 423920301  Date Issued 7-12-2021

I have ben a "victim OF Identify.
Theft. All OF The Credit on,
This Report IS not me.

But the one Form Chowchilla IS,
me. I put in a 14039 Form in to
The I.R.S. But to can Cent them.

Thank you for your Help.

2065 pine AVE 7
Long Beach, CA 90806.
IS not me ↑

COPY

CDCR
F-10981

*** 423920301-002 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

07/12/2021


Information for Good.

PEEQAU00200898-I008477-081632351

DEANDRE A LEWIS/F 10981 C4 6 108 VALLEY STATE PRIS
92 PO BOX
CHOWCHILLA, CA 93610

RE: Consumer

*This IS not MY Address*

DEANDRE A. LEWIS
2065 PINE AVE 7
LONG BEACH, CA 90806-4756

Enclosed is the TransUnion Personal Credit Report that you requested on behalf of the above-referenced consumer. As a trusted leader in the consumer credit information industry, TransUnion, LLC takes the accuracy of the consumer's credit information very seriously. We are committed to providing the complete and reliable credit information that the consumer needs to participate in everyday transactions and purchases.

If the consumer believes an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

If the consumer is experiencing a financial hardship related to the COVID-19 Pandemic, they can add a consumer statement to their credit file to explain their situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of the enclosed credit information.

For frequently asked questions about the consumer's credit report, please visit
http://transunion.com/consumerfaqs.

Copy

# TransUnion Credit Score

DEANDRE A. LEWIS



YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>07/12/2021 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

**Summary**

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Important Information Concerning Your TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- One or more accounts contain medical information. Any information following 'Medical-' is not displayed to anyone but you except where permitted by law.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added ›brackets‹ or shading to those items in this report.
- One or more satisfactory accounts.
- Promotional Inquiries. The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).



**File Number:** 423920301
**Date Issued:** 07/12/2021

**TransUnion**

## Personal Information

You have been on our files since  03/01/2003

**SSN:** XXX-XX-1919

**Date of Birth:** 03/01/1983

### Names Reported: DEANDRE A. LEWIS and DEANDRE ALLEN LEWIS

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 2065 PINE AVE APT 7, LONG BEACH, CA 90806-4756 | 09/30/2009 | 1602 ROSE AVE, LONG BEACH, CA 90813-2534 | 03/01/2003 |
| 10259 VAN RUTHEN, BELLFLOWER, CA 90706 | 02/20/2012 | 10321 ROSECRANS AVE, BELLFLOWER, CA 90706-2701 | 11/30/2007 |
| 1391 W DONNER ST, PAHRUMP, NV 89048-4269 | 01/17/2021 | 453 WATKINS ST, ASHEBORO, NC 27203-4856 | 06/17/2020 |
| 21633 AVE 24 INM APT F10981, CHOWCHILLA, CA 93610 | 02/04/2017 | 5025 NELLIS OASIS LN APT 187, LAS VEGAS, NV 89115-0768 | 05/19/2014 |
| 1037 TONI AVE APT 18, LAS VEGAS, NV 89119-1467 | 02/01/2007 | 800 E PALMER ST, COMPTON, CA 90221-2743 | 02/03/2007 |
| 2514 E 6TH ST APT 6, LONG BEACH, CA 90814-7362 | 01/21/2007 | | |

### Telephone Numbers Reported:

| | | | | | | |
|---|---|---|---|---|---|---|
| (562) 440-8642 | (562) 439-3575 | (702) 666-7953 | (562) 230-3309 | (562) 804-0889 | (702) 597-2099 | (562) 218-0303 |
| (562) 230-3722 | (802) 349-8199 | (702) 245-9863 | (562) 209-3309 | (562) 439-2979 | | |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Accounts with Adverse Information

### AARGON AGENCY INC #225814**** ( 8668 SPRING MOUNTAIN RD, LAS VEGAS, NV 89117, (800) 326-7118 )

| | | | |
|---|---|---|---|
| Placed for collection: 05/18/2020 | **Balance:** | $16,821 | **Pay Status:** ›In Collection‹ |
| **Responsibility:** Individual Account | **Date Updated:** | 06/05/2021 | |
| **Account Type:** Open Account | **Original Amount:** | $16,821 | |
| **Loan Type:** COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | MEDICAL-SPRING VALLEY HOSPITAL (Medical/Health Care) | |
| | **Past Due:** | ›$16,821‹ | |

**Remarks:** ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 07/2025

### AMERIFINANCIAL SOLUTIONS #2657**** ( P O BOX 65018, BALTIMORE, MD 21264-5018, (800) 945-7184 )

| | | | |
|---|---|---|---|
| Placed for collection: 10/20/2019 | **Balance:** | $553 | **Pay Status:** ›In Collection‹ |
| **Responsibility:** Individual Account | **Date Updated:** | 06/26/2021 | |
| **Account Type:** Open Account | **Original Amount:** | $553 | |
| **Loan Type:** COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | MEDICAL-ASHEBORO EMERGENCY PHYS PA (Medical/Health Care) | |
| | **Past Due:** | ›$553‹ | |

**Remarks:** ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 05/2026

### AMERIFINANCIAL SOLUTIONS #2694**** ( P O BOX 65018, BALTIMORE, MD 21264-5018, (800) 945-7184 )

| | | | |
|---|---|---|---|
| Placed for collection: 02/17/2020 | **Balance:** | $553 | **Pay Status:** ›In Collection‹ |
| **Responsibility:** Individual Account | **Date Updated:** | 06/26/2021 | |
| **Account Type:** Open Account | **Original Amount:** | $553 | |
| **Loan Type:** COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | MEDICAL-ASHEBORO EMERGENCY PHYS PA (Medical/Health Care) | |
| | **Past Due:** | ›$553‹ | |

**Remarks:** ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 09/2026

COPY

Consumer Credit Report for JEAN-DRE CLEMENS Case 1:21-cv-01498-DAD-HBK   Document 1   Filed 10/07/21   Page 30 of 62 File Number: 373320392   Date Issued: 07/12/2021

## CLARK COUNTY COLLECTION #49943** ( 860 W SUNSET, SUITE 100, LAS VEGAS, NV 89148, (702) 889-9229 )

| | | | |
|---|---|---|---|
| Placed for collection: 06/12/2019 | Balance: | $937 | Pay Status: ›In Collection‹ |
| Responsibility: Individual Account | Date Updated: | 07/08/2021 | |
| Account Type: Open Account | Original Amount: | $815 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-TOWN OF PAHRUMP AMBULANCE (Medical/Health Care) | |
| | Past Due: | ›$937‹ | |

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 07/2025

## NCA #49P00457**** ( PO BOX 550, 327 W 4TH AVE, HUTCHINSON, KS 67504-0550, (866) 964-5259 )

| | | | |
|---|---|---|---|
| Placed for collection: 12/31/2019 | Balance: | $1,075 | Pay Status: ›In Collection‹ |
| Responsibility: Individual Account | Date Updated: | 07/02/2021 | |
| Account Type: Open Account | Original Amount: | $1,075 | |
| Loan Type: DEBT BUYER | Original Creditor: | RAPID CASH (Retail) | |
| | Past Due: | ›$1,075‹ | |

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 03/2022

## ONLINE INFORMATION SERVICES #103206000149**** ( POB 1489, WINTERVILLE, NC 28590, (800) 765-5794 )

| | | | |
|---|---|---|---|
| Placed for collection: 02/15/2021 | Balance: | $304 | Pay Status: ›In Collection‹ |
| Responsibility: Individual Account | Date Updated: | 07/06/2021 | |
| Account Type: Open Account | Original Amount: | $304 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: | DUKE ENERGY FL PROGRESS ENERGY (Utilities) | |
| | Past Due: | ›$304‹ | |

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 12/2026

## PLUS FOUR INC #61649** ( PO BOX 95846, LAS VEGAS, NV 89193-5846, (702) 898-1033 )

| | | | |
|---|---|---|---|
| Placed for collection: 12/04/2018 | Balance: | $538 | Pay Status: ›In Collection‹ |
| Responsibility: Individual Account | Date Updated: | 07/05/2021 | |
| Account Type: Open Account | Original Amount: | $466 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-DESERT RADIOLOGY SOLUTIONS (Medical/Health Care) | |
| | Past Due: | ›$538‹ | |

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 07/2025

## Satisfactory Accounts

## DIRECT LOAN SVC SYSTEM #571831**** ( PO BOX 5609, GREENVILLE, TX 75403-5609, (800) 848-0979 )

| | | | |
|---|---|---|---|
| Date Opened: 09/02/2010 | Balance: | $0 | Pay Status: Unrated |
| Responsibility: Individual Account | Date Updated: | 09/30/2011 | Terms: $109 per month for 119 months |
| Account Type: Installment Account | High Balance: | $9,500 | Date Closed: 09/30/2011 |
| Loan Type: STUDENT LOAN | | | |

| | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

## Promotional Inquiries

### TRANSUNION INTERACTIVE ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (805) 782-8282 )
Requested On: 06/10/2021, 06/03/2021, 05/07/2021, 04/09/2021, 03/24/2021, 02/11/2021, 01/10/2021, 11/08/2020, 10/10/2020, 08/07/2020

### TRANSUNION INTERACTIVE / CREDIT SESAME ( 607 WEST DANA ST., SAN JOSE, CA 95120, (855) 799-9111 )
Requested On: 06/10/2021, 06/03/2021, 05/07/2021, 04/09/2021, 03/24/2021, 02/11/2021, 01/10/2021, 11/08/2020, 10/10/2020, 08/07/2020

### CHECK INTO CASH ( 201 KEITH ST, SUIT, CLEVELAND, TN 37311, (423) 479-2400 )
Requested On: 05/20/2021

### T-MOBILE ( 12920 SE 38TH STRE, BELLEVUE, WA 98006, (800) 318-9270 )
Requested On: 04/01/2021, 11/26/2020, 09/24/2020, 07/23/2020

## Account Review Inquiries

### FACTACT FREE DISCLOSURE ( P O BOX 1000, CHESTER, PA 19016, (800) 888-4213 )
Requested On: 07/12/2021

### COMMONWEALTH FINANCIAL ( 245 MAIN ST, DICKSON CITY, PA 18519, (855) 273-8511 )
Requested On: 06/23/2021

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for DEANDRE A. LEWIS         File Number: 423920301   Date Issued: 07/12/2021

**RADIUS GLOBAL SOLUTIONS** ( 9550 REGENCY SQUARE BLVD, SUITE 602, JACKSONVILLE, FL 32225, (866) 394-2675 )
Requested On: 06/07/2021

**REMAX PREFERRED PROF via ACUTRAQ** ( 2129 N CENTER SUITE C, FAYETTEVILLE, AR 72721, (479) 677-3355 )
Permissible Purpose: TENANT SCREENING
Requested On: 05/06/2021

**380059322 via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CREDIT MONITORING
Requested On: 03/20/2021

**AFNI** ( 1310 MARTIN LUTHER KING, DRIVE, BLOOMINGTON, IL 61701, (800) 371-3645 )
Requested On: 03/16/2021

**ONLINE INFORMATION SVCS** ( PO BOX 1489, WINTERVILLE, NC 28590, (800) 234-7683 )
Requested On: 02/15/2021

**CHECK INTO CASH** ( 201 KEITH ST SW  STE 51, CLEVELAND, TN 37311, (423) 479-2400 )
Requested On: 12/28/2020

**CHECK INTO CASH INC.** ( 201 KEITH ST. SW STE. 80, CLEVELAND, TN 37311, (423) 479-2400 )
Requested On: 12/28/2020

**DECKER ERIC VIA SMA via TRANSUNION SCREENING SOLU** ( 6430 S FIDDLERS GREEN CIR, SUITE 500, GREENWOOD VILLAGE, CO 80111, (866) 775-0961 )
Permissible Purpose: TENANT SCREENING
Requested On: 12/01/2020

**SMARTMOVE** ( 6430 S FIDDLERS GREEN CIR, SUITE 500, GREENWOOD VILLAGE, CO 80129, (866) 775-0961 )
Requested On: 12/01/2020

**RADIUS GLOBAL SOLUTIONS** ( 9550 REGENCY SQUARE BLVD, SUITE 602, JACKSONVILLE, FL 32225, (888) 904-1800 )
Requested On: 06/17/2020

**VITAL RECOVERY SERVICES** ( 3795 DATA DRIVE, PEACHTREE CORNERS, GA 30092, (800) 732-6606 )
Permissible Purpose: COLLECTION
Requested On: 04/23/2020

**DEANDRE LEWIS via KARMATRANSUNION INTERACT** ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 03/23/2020

**NATL CREDIT ADJUSTERS** ( PO BOX 550, HUTCHINSON, KS 67504, (866) 964-5259 )
Requested On: 01/05/2020

**MCB COLLECTN SERVICS via MERCHANTS ASSN DBA MAF CO** ( 134 S TAMPA STREET, TAMPA, FL 33602, Phone number not available )
Permissible Purpose: COLLECTION
Requested On: 11/18/2019

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, and/or Third Party Supplemental Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

**SUPPLEMENTAL CONSUMER CREDIT INFORMATION**
Data Source: CoreLogic Inc. (1 CoreLogic Drive, Westlake, TX 76262, (866) 873-3651)
Requested by: CHECK INTO CASH
Requested on: 05/20/2021
Presence of a Collections Skip: 0
Auto Finance Inquiries in the Last 3 Months: 000
Auto Finance Inquiries in the Last 6 Months: 000
Auto Finance Inquiries in the Last 9 Months: 000
Auto Finance Inquiries in the Last 24 Months: 000
Auto Finance Inquiries in the Last 7 Years: 000

Case 1:21-cv-01498-DAD-HBK  Document 1  Filed 10/07/21  Page 32 of 62

Consumer Credit Report for DEANDRE A. LEWIS     File Number 423920301  Date Issued: 07/12/2021

Cash Advance Inquiries in the Last 3 Months: 000
Cash Advance Inquiries in the Last 6 Months: 000
Cash Advance Inquiries in the Last 9 Months: 000
Cash Advance Inquiries in the Last 12 Months: 000
Cash Advance Inquiries in the Last 24 Months: 000
Cash Advance Inquiries in the Last 7 Years: 002
Misc Financial Services in the Last 7 Years: 000
Rent-to-Own Inquiries in the Last 3 Months: 000
Rent-to-Own Inquiries in the Last 6 Months: 000
Rent-to-Own Inquiries in the Last 9 Months: 000
Rent-to-Own Inquiries in the Last 12 Months: 000
Rent-to-Own Inquiries in the Last 24 Months: 000
Rent-to-Own Inquiries in the Last 7 Years: 000
All Alternative Credit Inquiries in the Last 3 months: 000
All Alternative Credit Inquiries in the Last 6 Months: 000
All Alternative Credit Inquiries in the Last 24 Months: 000
All Alternative Credit Inquiries in the Last 7 Years: 002
Paid Auto Finance Charge-offs in the Last 24 Months: 000
Paid Payday Loan Charge-offs in the Last 24 Months: 000
Paid Rent-to-Own Charge-offs in the Last 24 Months: 000
All Paid Charge-offs in the Last 3 Months: 000
All Paid Charge-offs in the Last 24 Months: 000
All Paid Charge-offs in the Last 7 Years: 000
Open Auto Finance Charge-offs in the Last 24 Months: 000
Open Payday Loan Charge-offs in the Last 24 months: 000
Open Rent-to-Own Charge-offs in the Last 24 Months: 000
All Open Charge-offs in the Last 3 Months: 000
All Open Charge-offs in the Last 6 Months: 000
All Open Charge-offs in the Last 9 Months: 000
All Open Charge-offs in the Last 12 Months: 000
All Open Charge-offs in the Last 24 Months: 000
All Open Charge-offs in the Last 7 Years: 001

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).



COPY

7-20-21

To: Experian Credit Bureaus
P.O. Box 2002
Allen, TX 75013

From Deandre Lewis F-10981 C4-6-10P
P.O. Box 92
Chowchilla, CA 93610-0092

Report # 3922-0517-75 For 07-08-21

I, have Ben a victim OF Identity
Theft. All OF This, Credit on
my Report Is not me.

But The one From Chowchilla
Is me.

CDCR.
F-10981
07-20-21

PO Box 9701
Allen, TX 75013



0004103    01 MB 0.447 **AUTO  T1 0 7162 93610-009292   -C01-P04107-I
DEANDRE LEWIS
PO BOX 92
CHOWCHILLA CA  93610-0092



# Your Credit Report

Report # **3922-0517-75** for **Jul 08, 2021**



# Hi, Deandre. Welcome to your Credit Report.

# Did You Know?

Experian's credit report now comes with a FICO® Score.  However, FICO's credit scoring model requires at least one qualifying account in your credit file to be at least six months old.  Since there are no accounts that meet this criteria, we are unable to calculate and deliver your FICO Score at this time.

# What's In Your Credit Report?

Your Potentially Negative Account Activity (Accounts and Bankruptcies) . . . . . . . . . . . . . . . . 1

Who Has Viewed Your Credit Information. . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Your Personal Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

How to Contact Experian. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Your Rights as a Consumer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

# Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| OK | Current / Terms met | 150 | Past due 150 Days | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Past due 30 Days | 180 | Past due 180 Days | R | Repossession | C | Collection |
| 60 | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Past due 90 Days | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Past due 120 Days | F | Foreclosure | G | Claim filed with government | ND | No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**Your Potentially Negative Account Activity (Continued)**

---

### AARGON AGENCY Partial Acct # 2258146826
8668 SPRING MOUNTAIN RD LAS VEGAS NV 89117, (800) 852 0411

**Status** (May 2020) Collection account.
$16,821 past due as of Jun 2021

| | | |
|---|---|---|
| **Date opened**<br>May 2020 | **Terms**<br>1 Months | **Recent balance**<br>$16,821 as of Jun 2021 |
| **Address ID #**<br>0175399440 | **Monthly payment**<br>Not reported | This account is scheduled to continue on record until May 2025. |
| **Original creditor**<br>SPRING VALLEY<br>HOSPITAL | **Credit limit or original amount**<br>$16,821 | |
| **Type**<br>Collection | **High balance**<br>Not reported | |
| **Responsibility**<br>Individual | | |

**Payment history:** Jul 2020 - Jun 2021

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | C | C | C | C | C | C | | | | | | |
| 2020 | | | | | | | C | ND | C | C | C | C |

| | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Jul20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,821 | $16,821 | $16,821 | $16,821 | $16,821 | $16,821 | $16,821 | $16,821 | $16,821 | $16,821 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $16,821*

---

### AMERIFINANCIAL SOLUTIONS Partial Acct # 26575885
PO BOX 65018 BALTIMORE MD 21264, (800) 945 7184

**Status** (Oct 2019) Collection account: $553
past due as of Jun 2021

| | | |
|---|---|---|
| **Date opened**<br>Oct 2019 | **Terms**<br>1 Months | **Recent balance**<br>$553 as of Jun 2021 |
| **Address ID #**<br>0051499454 | **Monthly payment**<br>Not reported | This account is scheduled to continue on record until Mar 2026. |
| **Original creditor**<br>ASHEBORO<br>EMERGENCY PHYS<br>PA | **Credit limit or original amount**<br>$553 | |
| **Type**<br>Collection | **High balance**<br>Not reported | |
| **Responsibility**<br>Individual | | |

**Payment history:** Dec 2019 - Jun 2021

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ND | C | C | C | C | C | | | | | | |
| 2020 | C | ND | C | C | C | C | C | C | C | ND | C | C |
| 2019 | | | | | | | | | | | | C |



| | May21 | May21 | Mar21 | Feb21 | Jan21 | Nov20 | Oct20 | Aug20 | Aug20 | Jun20 | May20 | Apr20 | Mar20 | Jan20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan20 |
|---|---|
| Account Balance | $553 |
| Date Payment Received | No Data |
| Scheduled Payment Amount | No Data |
| Actual Amount Paid | No Data |

*The original amount of this account was $553*

## Your Potentially Negative Account Activity (Continued)

---

### AMERIFINANCIAL SOLUTIONS Partial Acct # 26948223
PO BOX 65018 BALTIMORE MD 21264; (800) 945 7184

**Status** (Feb 2020) Collection account: $553 past due as of Jun 2021.

| | | |
|---|---|---|
| **Date opened**<br>Feb 2020 | **Terms**<br>1 Months | **Recent balance**<br>$553 as of Jun 2021 |
| **Address ID #**<br>0051499454 | **Monthly payment**<br>Not reported | This account is scheduled to continue on record until Jul 2026. |
| **Original creditor**<br>ASHEBORO<br>EMERGENCY PHYS<br>PA | **Credit limit or original amount**<br>$553 | |
| **Type**<br>Collection | **High balance**<br>Not reported | |
| **Responsibility**<br>Individual | | |

**Payment history: Mar 2020 - Jun 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ND | C | C | C | C | C | | | | | | |
| 2020 | | | C | C | C | C | C | C | ND | C | C | C |

COPY

| | May21 | May21 | Mar21 | Feb21 | Jan21 | Nov20 | Oct20 | Aug20 | Aug20 | Jun20 | May20 | Apr20 | Apr20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 | $553 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $553*

---

### NATIONAL CREDIT ADJUSTERS, L.L.C Partial Acct # 49P00457...
327 W 4TH AVE HUTCHINSON KS 67501; (888) 768 0674

**Status** (Dec 2019) Collection account: $1,075 past due as of Jul 2021.

| | | |
|---|---|---|
| **Date opened**<br>Dec 2019 | **Terms**<br>1 Months | **Recent balance**<br>$1,075 as of Jul 2021 |
| **Address ID #**<br>0178336576 | **Monthly payment**<br>Not reported | This account is scheduled to continue on record until Jan 2022. |
| **Original creditor**<br>RAPID CASH | **Credit limit or original amount**<br>$1,075 | |
| **Type**<br>Debt Buyer | **High balance**<br>Not reported | |
| **Responsibility**<br>Individual | | |

**Payment history: Mar 2020 - Jul 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | C | C | C | C | C | C | C | | | | | |
| 2020 | | | C | C | C | C | C | C | C | C | C | C |

| | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 | $1,075 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr20 | Apr20 |
|---|---|---|
| Account Balance | $1,075 | $1,075 |
| Date Payment Received | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data |
| Actual Amount Paid | No Data | No Data |

*The original amount of this account was $1,075*

---

### NORTHERN ARIZ CREDIT SERVICE Partial Acct # 2111870042 3255
543 E ANDY DEVINE AVE KINGMAN AZ 86401; (928) 753 4550

**Status** (Feb 2020) Collection account: $192 past due as of Jun 2021.

| | | |
|---|---|---|
| **Date opened**<br>Feb 2020 | **Terms**<br>1 Months | **Recent balance**<br>$192 as of Jun 2021 |
| **Address ID #**<br>0188191646 | **Monthly payment**<br>Not reported | This account is scheduled to continue on record until Oct 2025. |
| **Original creditor**<br>KINGMAN REGIONAL<br>HOSPITAL PHYS | **Credit limit or original amount**<br>$192 | |
| **Type**<br>Collection | **High balance**<br>Not reported | |
| **Responsibility**<br>Individual | | |

**Payment history: Oct 2020 - Jun 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | C | C | C | C | C | C | | | | | | |
| 2020 | | | | | | | | | | C | C | C |

| | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Nov20 | Oct20 |
|---|---|---|---|---|---|---|---|
| Account Balance | $192 | $192 | $192 | $192 | $192 | $192 | $192 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $192.*

## Your Potentially Negative Account Activity (Continued)

### NORTHERN ARIZ CREDIT SERVICE Partial Acct # 21118700423460
543 E ANDY DEVINE AVE KINGMAN AZ 86401, (928) 753 4550

**Status** (Feb 2020) Collection account. $4,758 past due as of Jun 2021.



| | |
|---|---|
| **Date opened** Feb 2020 | **Terms** 1 Months |
| **Address ID #** 0188191646 | **Monthly payment** Not reported |
| **Original creditor** KINGMAN REGIONAL HOSPITAL | **Credit limit or original amount** $4,758 |
| **Type** Collection | **High balance** Not reported |
| **Responsibility** Individual | |

**Recent balance** $4,758 as of Jun 2021
This account is scheduled to continue on record until Aug 2025.

**Payment history: Oct 2020 - Jun 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | C | C | C | C | C | C | C | | | | | |
| 2020 | | | | | | | | | | C | C | C |

| | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Nov20 | Oct20 |
|---|---|---|---|---|---|---|---|
| Account Balance | $4,758 | $4,758 | $4,758 | $4,758 | $4,758 | $4,758 | $4,758 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $4,758.

### ONLINE INFORMATION SERVI Partial Acct # 1032060001496098
685 W FIRE TOWER RD WINTERVILLE NC 28590; No phone # available

**Status** (Feb 2021) Collection account. $304 past due as of Jul 2021.

| | |
|---|---|
| **Date opened** Feb 2021 | **Terms** 1 Months |
| **Address ID #** 0175399440 | **Monthly payment** Not reported |
| **Original creditor** DUKE ENERGY FL PROGRESS ENERGY | **Credit limit or original amount** $304 |
| **Type** Collection | **High balance** Not reported |
| **Responsibility** Individual | |

**Recent balance** $304 as of Jul 2021
This account is scheduled to continue on record until Oct 2026.

**Payment history: Apr 2021 - Jul 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | C | C | C | C | | | | | |

| | Jun21 | May21 | Apr21 | Mar21 |
|---|---|---|---|---|
| Account Balance | $304 | $304 | $304 | $304 |
| Date Payment Received | No Data | No Data | No Data | No Data |
| Scheduled Payment | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data |

The original amount of this account was $304.

### PLUSFOUR Partial Acct # 6164913
2600 PASEO VERDE PKWY STE 101 HENDERSON NV 89074; (702) 826 2000

**Status** (Dec 2018) Collection account $538 past due as of Jul 2021.

| | |
|---|---|
| **Date opened** Dec 2018 | **Terms** 1 Months |
| **Address ID #** 0897931607 | **Monthly payment** Not reported |
| **Original creditor** DESERT RADIOLOGY SOLUTIONS | **Credit limit or original amount** $466 |
| **Type** Collection | **High balance** Not reported |
| **Responsibility** Individual | |

**Recent balance** $538 as of Jul 2021
This account is scheduled to continue on record until May 2025.

**Payment history: Mar 2019 - Jul 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | C | C | C | C | C | C | C | | | | | |
| 2020 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2019 | | | C | C | C | C | C | C | C | C | C | C |

| | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $536 | $534 | $532 | $529 | $528 | $526 | $524 | $521 | $520 | $518 | $515 | $513 | $510 | $508 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $511 | $508 | $505 | $503 | $500 | $497 | $494 | $491 | $488 | $485 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $466.

copies of documents that prove your claim. If an investigation does not resolve the dispute to your satisfaction, you may request that a brief statement be added to your file explaining why you think the information is inaccurate. You also may contact the credit grantor directly to dispute the information. You have a right to receive a record of all inquiries relating to a credit transaction initiated during the 12 months preceding your request.

You have a right to bring civil action against anyone, including a CRA, who improperly obtains access to your file, knowingly or willfully misuses file data, or fails to correct inaccurate data.

You may request that the information in your file not be provided to a third party for marketing purposes by contacting Experian at 1 888 5OPTOUT (1 888 567 8688).

You have a right to place a fraud security alert on your credit report that alerts anyone who reviews your credit information that your identity may have been used without your consent.

Recipients of your credit report are required to take reasonable steps, including contacting you at your telephone number if you provided one with your fraud alert, to verify your identity prior to lending money, extending credit, or completing the purchase, lease, or rental of goods or services. The alert may prevent credit, loans, and services from being approved in your name without your consent. However, the alert may delay or interfere with the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, Internet credit card transactions, or other services, including extension of credit or services at point of sale. You may request or renew a security alert at the conclusion of the one-year alert period at www.experian.com or by calling 1 888 EXPERIAN (1 888 397 3742) toll-free.

You have a right to obtain a free copy of your credit report at the conclusion of the one-year alert period by renewing your alert OR by writing to Experian within 30 days after the alert expires.

**California notice of your rights to request and obtain your credit score You have the right to request and obtain your credit score if provided by Experian.**

A credit score is a numerical value or a categorization derived from a statistical tool or modeling system used by a person who makes or arranges a loan to predict the likelihood of certain credit behaviors, including default. The numerical value or the categorization derived from this analysis may also be referred to as a "risk predictor" or "risk score." "Credit score" does not include any mortgage score or rating of an automated underwriting system that considers one or more factors in addition to credit information, including, but not limited to, the loan to value ratio, the amount of down payment, or a consumer's financial assets. "Credit score" does not include other elements of the underwriting process or underwriting decision.

Your credit score report must contain:

- Your current credit score or your most recent credit score that was previously calculated by Experian for a purpose related to the extension of credit
- The range of possible credit scores under the model used
- All the key factors (up to four) that adversely affected your credit score, listed in the order of their importance based on their effect on the credit score
- The date the credit score was created
- The name of the person or entity that provided the credit score or credit file upon which the credit score was created

Your credit score will be calculated based on information in your personal credit report from Experian. If you do not have a copy of your personal credit report, visit www.experian.com or call 1 888 EXPERIAN (1 888 397 3742) to order a copy.

How to obtain your credit score
The fee for your credit score is $7.95 per individual score. To purchase your score, visit www.experian.com or call us toll-free at 1 888 EXPERIAN.

What is a credit score?
A credit score is a number that reflects your credit risk level, typically with a higher number indicating lower risk. Using elements from your personal credit report, a score is generated through a statistical model that uses your past credit behavior and current credit relationships to predict likely future behavior. Your credit score is a fluid number, and it changes as the elements in your personal credit report change. For example, payment updates or a new account could cause your score to fluctuate. There are many different scores used in the financial service industry. The score that Experian provides may be different from the one your lender uses, and scores may be different from lender to lender (or from car loan to mortgage loan), depending on the type of credit scoring model that was used. Because your score is based on information in your personal credit report, it is very important that you review your personal credit report carefully for accuracy.

How can I improve my credit score?
Paying your bills on time is the single most important contributor to a good credit score. In addition, it is important to minimize outstanding debt, avoid overextending yourself and avoid applying for credit needlessly. If you have potentially negative information on your credit report, such as late payments, a bankruptcy, public record items or too many requests for your credit history, your best strategy is to pay your bills on time and wait. Time is often your best ally in improving your credit score.

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para informacion en espanol, visite *www.consumerfinance.gov/learnmore* o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

**For more information, including information about additional rights, go to:** *www.consumerfinance.gov/learnmore* or write to:   Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See *www.consumerfinance.gov/learnmore* for additional information.

## A Summary of Your Rights Under the Fair Credit Reporting Act (Continued)

**YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**ACCESS TO YOUR FILE IS LIMITED.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**YOU MAY SEEK DAMAGES FROM VIOLATORS.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS.** For more information, visit *www.consumerfinance.gov/learnmore.*

**STATE RIGHTS INFORMATION.** States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.

**FEDERAL RIGHTS INFORMATION.** For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here: https://www.experian.com/FCRA.

Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

About your FICO® Score 8
Your FICO® Score 8 powered by Experian® Date is formulated using the information in your credit file at the time it is requested. Your FICO® Score 8 can range between 300 and 850, with a higher score indicating a lower risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

What this means to you.
Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. The Credit Score we provide is FICO® Score 8. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or different scoring models to determine how you score.

# Who Has Viewed Your Consumer Information

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 06.26.21 | 06.23.21 | 06.19.21 | 06.16.21 | 06.12.21 | 06.09.21 | 06.05.21 | 06.02.21 | 05.29.21 | 05.26.21 | 05.22.21 | 05.19.21 | 05.15.21 | 05.12.21 | 05.08.21 | 05.05.21 | 05.01.21 | 04.28.21 | 04.24.21 | 04.21.21 | 04.18.21 | 04.14.21 | 04.10.21 | 04.07.21 | 04.03.21 | 03.31.21 | 03.27.21 | 03.24.21 | 03.20.21 | 03.17.21 | 03.13.21 | 03.10.21 | 03.06.21 | 03.03.21 | 02.27.21 | 02.24.21 | 02.20.21 | 02.17.21 | 02.09.21 | 02.05.21 | 02.02.21 | 01.30.21 | 01.26.21 | 01.25.21 | 01.20.21 | 01.17.21 | 01.12.21 | 01.10.21 | 01.08.21 | 01.07.21 | 12.30.20 | 12.27.20 | 12.22.20 | 12.20.20 | 12.16.20 | 12.13.20 | 12.08.20 | 12.05.20 | 12.01.20 | 11.29.20 | 11.25.20 | 11.21.20 | 11.18.20 | 11.16.20 | 11.10.20 | 11.07.20 | 11.05.20 | 10.31.20 | 10.28.20 | 10.24.20 | 10.21.20 | 10.18.20 | 10.13.20 | 10.12.20 | 10.07.20 | 10.04.20 | 10.03.20 | 09.11.20 | 09.07.20 | 08.28.20 | 08.22.20 | 08.15.20 | 08.10.20 | 08.01.20 | 07.24.20 | 07.18.20 | 07.12.20 | 07.05.20 | 06.28.20 | 06.20.20 | 06.16.20 | 05.24.20 | 05.19.20 | 05.15.20 | 05.05.20 | 05.02.20 | 04.22.20 | 04.15.20 | 04.10.20 | 03.28.20 | 03.21.20 | 03.14.20 | 02.25.20 | 02.18.20 | 02.13.20 | 02.07.20 | 01.26.20 | 01.22.20 | 01.15.20 | 01.08.20 | 01.02.20 | 12.20.19 | 12.13.19

META BANK 5501 S BROADBAND LN SIOUX FALLS SD 57108 (866) 550 6382 INQUIRY DATES: 12.29.20 |

CLARITY/CHECK INTO CASH 201 KEITH ST SW STE 80 CLEVELAND TN 37311 No phone # available INQUIRY DATES: 12.28.20 |

CLARITY/CHECK INTO CASH 201 KEITH ST SW STE 80 CLEVELAND TN 37311 No phone # available INQUIRY DATES: 12.28.20 |

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 INQUIRY DATES: 12.28.20 |

EXPERIANHLTH/MEMORIAL 720 COOL SPRINGS BLVD STE 200 FRANKLIN TN 37067 (763) 416 1030 INQUIRY DATES: 12.03.20 |

EXPERIANHLTH/UNIVERSAL 720 COOL SPRINGS BLVD STE 200 FRANKLIN TN 37067 (763) 416 1030 INQUIRY DATES: 12.03.20 |

OIS/CITY OF NEEDLES 817 3RD ST NEEDLES CA 92363 (760) 326 5700 INQUIRY DATES: 12.02.20 |

PHOENIX FINANCIAL SERVIC 8902 OTIS AVE STE 103A INDIANAPOLIS IN 46216 (855) 342 6567 INQUIRY DATES: 11.07.20 | 05.14.20 |

PHOENIX FINANCIAL SERVIC No phone # available INQUIRY DATES: 05.14.20 |

FIRST ADVANTAGE/EMPLOYMENT 140 FOUNTAIN PKWY N STE 410 ST PETERSBURG FL 33716 (727) 290 1000 INQUIRY DATES: 04.19.20 |

AFFILIATE ASSET SOLUTION 145 TECHNOLOGY PKWY STE 100 PEACHTREE CORNERS GA 30092 No phone # available INQUIRY DATES: 09.24.19 |

EXPERIANHLTH 720 COOL SPRINGS BLVD STE 200 FRANKLIN TN 37067 (763) 416 1030 INQUIRY DATES: 07.24.19 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

## NAMES

| | |
|---|---|
| DEANDRE LEWIS | Name ID #: 2767 |
| DEANDRE A LEWIS | Name ID #: 10241 |
| DEANDRE ALLEN LEWIS | Name ID #: 20578 |
| DEANDRE LEWSI | Name ID #: 22470 |

## ADDRESSES

| | |
|---|---|
| 2065 PINE AVE APT7 <br> LONG BEACH CA 90806-4756 | Geo Code: 0-57300210-37- <br> Address ID #: 0175399440 Address Type: Apartment complex |
| 2065 PINE AVE <br> LONG BEACH CA 90806-4768 | Geo Code: 0-57300210-37-4480 <br> Address ID #: 0175399516 Address Type: Multifamily |
| 1037 TONI AVE APT18 <br> LAS VEGAS NV 89119-1467 | Geo Code: 0-270240- 3-4480 <br> Address ID #: 0178266409 Address Type: Apartment complex |
| 1602 ROSE AVE <br> LONG BEACH CA 90813-2534 | Geo Code: 0-57520210-37-4480 <br> Address ID #: 0175487985 Address Type: Single family |
| 1932 ERIN DR <br> NEEDLES CA 92363-2603 | Geo Code: 0-1070040-71-4480 <br> Address ID #: 0183570130 Address Type: Multifamily |
| 453 WATKINS ST <br> ASHEBORO NC 27203-4856 | Geo Code: 0-3030210-151-4120 <br> Address ID #: 0051499454 Address Type: Single family |

## Your Personal Information (Continued)



901 ALBEMARLE RD
ASHEBORO NC 27203-6147
Geo Code: 0-3010020-151-4480
Address ID #: 0051502528 Address Type: Single family

4855 BOULDER HWY
HENDERSON NV 89015-
Geo Code: 0:00- 0-4480
Address ID #: 0463208533 Address Type: Single family

4855 BOULDER HWY #K3143
LAS VEGAS NV 89121-3012
Geo Code: 0-160710- 3-6780
Address ID #: 0687975117 Address Type: Single family

2514 SHATZ ST
LAS VEGAS NV 89156-4912
Geo Code: 0-620420- 3-3120
Address ID #: 0178189945 Address Type: Single family

7055 E LAKE MEAD BLVD
LAS VEGAS NV 89156-1108
Geo Code: 0-610310- 3-3120
Address ID #: 0178176331 Address Type: Multifamily

943 N WASHINGTON PL
LONG BEACH CA 90813-6607
Geo Code: 0-57630020-37-
Address ID #: 0175505269 Address Type: Multifamily

800 E PALMER ST
COMPTON CA 90221-2743
Geo Code: 0-54160530-37-4120
Address ID #: 0173434895 Address Type: Single family

3751 S NELLIS BLVD
LAS VEGAS NV 89121-3121
Geo Code: 0-160710- 3-4120
Address ID #: 0178335948 Address Type: Multifamily

21633 AVENUE 24
CHOWCHILLA CA 93610-9650
Geo Code: 0-20040-39-4120
Address ID #: 0188191646 Address Type: Single family

4855 BOULDER HWY #R2006
LAS VEGAS NV 89121-3012
Geo Code: 0-160710- 3-4480
Address ID #: 0897931607 Address Type: Single family

3751 S NELLIS BLVD SPC245
LAS VEGAS NV 89121-3153
Geo Code: 0-160710- 3-4480
Address ID #: 0178336576 Address Type: Single family

4855 BOULDER HWY
LAS VEGAS NV 89121-3012
Geo Code: 0-160710- 3-
Address ID #: 0795258368 Address Type: Single family

### SOCIAL SECURITY NUMBER VARIATIONS

None

### YEAR OF BIRTH

1985

### TELEPHONE NUMBERS

562 230-3722 — Cellular

562 440-8642 — Cellular

702 245-9863 — Cellular

### NOTICES

This address has pertained to a business:
PO BOX 92 CHOWCHILLA CA 93610

This address has pertained to a business:
3751 S NELLIS BLVD LAS VEGAS NV 89121

BUSINESS:
PO BOX 92, CHOWCHILLA, CA, 93610

BUSINESS SERVICE:
3751 S NELLIS BLVD, LAS VEGAS, NV, 89121

# How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

**CALL US**
**(833) 796 8634**
M - F 9am - 5pm in your time zone.

**WRITE TO US**
Experian, NCAC
P.O. Box 2002
Allen, TX 75013

**GO ONLINE (for fastest results)**
Visit experian.com/disputes





Dispute Online
for faster results

Check Status
Online

**Notification of Rights for California Consumers**

You have the right to obtain a copy of your credit report. The fee is $8. There is no fee if you have been turned down for credit, employment, insurance, or rental housing because of information in your credit report within the last 60 days. The credit reporting agency (CRA) must assist you if you need help interpreting your report. You have a right to dispute inaccurate information; however, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. Under the federal Fair Credit Reporting Act, the CRA must remove accurate, negative information from your report only if it is more than seven years old (bankruptcies and unpaid tax liens may remain on your file for up to 10 years). If you notify the CRA that you dispute the accuracy of information in your report, they must then investigate within 30 business days and modify or remove inaccurate information at no charge. Provide all pertinent information to the CRA, and

P.O. Box 2002
Allen, TX 75013

FIRST-CLASS MAIL
U.S. POSTAGE PAID
NCAC
84321

RECEIVED

JUL 1 5 202

MAILROOM
VALLEY STATE PRISON

0004934 01 MB 0.282 **AUTO  T2 0 5762 93610-009292    -C01-P00000-I
DEANDRE F LEWIS
POB 92 C4 6 10P
CHOWCHILIA CA  93610-0092

PC2-2307

Read The Bench

We are responding to your request for a free credit report. We were unable to honor your request because you did not provide sufficient identification information for us to verify your identity, or the information that you provided was not legible. For instant and secure access to your free credit report, visit www.annualcreditreport.com.

The federal Fair Credit Reporting Act states "A consumer credit reporting company shall require as a condition of disclosure that the consumer furnish proper identification," therefore, please provide all of the following information in order to process your request: 1) Your full name including middle initial (and generation such as JR, SR, II, III); 2) Social Security number; 3) Complete addresses for the past two years; 4) Date of birth; 5) One copy of a government issued identification card, such as a driver's license, state ID card, etc.; 6) One copy of a utility bill, bank or insurance statement, etc.

Send copies of any documents you wish to provide to us and always retain your original documents.

PC2: 2307

# EXHIBIT  E

Description of this Exhibit   *Mail letter's to State and local agency- Telling Them to Help me.*

Number of Pages   *9th*

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency, or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau 1700 G Street, N.W. Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, N.W. Washington, DC 20580          (877) 382-4357 |
| 2. To the extent not included in item 1 above: a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010 -9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center PO Box 1200 Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue, S.E. Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, S.W. Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, S.W., Suite 8200 Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F Street, N.E. Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, N.W. Washington, DC 20580          (877) 382-4357 |

### CALIFORNIA BILL OF RIGHTS

You have the right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars ($8). There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file.

You have the right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. Under the Federal Fair Credit Reporting Act, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old. Bankruptcy information can be reported for 10 years.

If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the consumer credit reporting agency must then, within 30 business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about disputed information in a report it issues about you.

You have a right to receive a record of all inquiries relating to a credit transaction initiated in 12 months preceding your request. This record shall include the recipients of any consumer credit report.

You may request in writing that the information contained in your file not be provided to a third party for marketing purposes.

You have a right to place a "security alert" in your credit report, which will warn anyone who receives information in your credit report that your identity may have been used without your consent. Recipients of your credit report are required to take reasonable steps, including contacting you at the telephone number you may provide with your security alert, to verify your identity prior to lending money, extending credit, or completing the purchase, lease, or rental of goods or services. The security alert may prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that taking advantage of this right may delay or interfere with the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or cellular phone or other new account, including an extension of credit at point of sale. If you place a security alert on your credit report, you have a right to obtain a free copy of your credit report at the time the 1 year security alert period expires. A security alert may be requested by calling the following toll-free telephone number: 1-800-680-7289

You have a right to bring civil action against anyone, including a consumer credit reporting agency, who improperly obtains access to a file, knowingly or willfully misuses file data, or fails to correct inaccurate file data.

If you are a victim of identity theft and provide to a consumer credit reporting agency a copy of a valid police report or a valid investigative report made by a Department of Motor Vehicles investigator with peace officer status describing your circumstances, the following shall apply:

1) You have a right to have any information you list on the report as allegedly fraudulent promptly blocked so that the information cannot be reported. The information will be unblocked only if (A) the information you provide is a material misrepresentation of the facts, (B) you agree that the information is blocked in error, or (C) you knowingly obtained possession of goods, services, or moneys as a result of the blocked transactions. If blocked information is unblocked, you will be promptly notified.
2) Beginning July 1, 2003 you have a right to receive, free of charge and upon request, one copy of your credit report each month for up to 12 consecutive months.



COPY

Contact,                                    7-20-21

To:  U.S Department of The Treasury
     1500 pennsylvania Avenue, NW
     Washington, DC 20220


From: Demarke Lewis F-10981 C4-6-108
      Valle State Prison P.O. Box 96
      Chowchilla CA 93610



On 7-16-21 I file my 14039 To
Fresno Department of Treasury
I would like to know If You
have got A" Copy. If not
This one Is Yours, to keep.




X [signature]                    F-10981



                            7/20/21

TO: FDIC Consumer Response Center
1100 Walnut Street, Box # 11
Kansas City, Mo 64106

From: Dennelle Lewis F-10981 C4-6-10P
V.S.P P.O. Box 92 Chowchilla, CA 93610

I'M A" Victim of Identity Theft
I Put A" 14039 Form in on 7/16/2
To the I.R.S. And would like your,
Help As well ?. IF you Can

Thank you.

CDCR
F-10981

X                              X 8/9/2021

TO: Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue N.W.
Washington, DC 20580

From. Dannetta Lewis F-10981 C4-6-108
V.S.P P.O. Box 92 Chowchilla, CA 93610

I'm a victim of Identity Theft.
I put a, 14036 Form in on, 7/16/21
to the I.R.S. and would like your
Help As well ?. IF you can
Thank you.

COPY

CDCR
F-10981

X                                    X 8/9/2021

To: Contact U.S. Department of The Treasury
1500 Pennsylvania Avenue, NW
Washington DC 20220

From: DeAndre Lewis F-10981 CY-6-1UP
ville State Prison P.O Box 96
Chowchilla, CA 93610

on: 7/26/21 I File my 14039 Form To The
I.R.S.? I would like to know IF you got
A copy of it.

IF, not This Copy IS For you to keep.
Thanke you.

CDCR
F-10981

X 8/9/2021

X

To: Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

From: Deandre Lewis F-10981 C4-6-108
V.S.P P.O. Box 92 Chowchilla, CA 93610

I'm a" victim of identity theft

I put a" 14038 Form in on, 7/16/21
to The I.R.S and would like two
Help me well ?. If you can.

Thank you.

COPY

CDCR
F-10981

x                              x 8/9/2021

TO    National Credit union Administration
       Office of Consumes Financial Protection
       (OCFP) Division of Consumes Compliance policy
       and outreach  1775 Duke Street
       Alexandria,  VA" 22314


From:  DeAndre lewis F-10981 C4-6-108
V.SP. P.O. Box  92 Chowchilla, CA 93610


       I'm  A" Victim of Identify Theft
       I Put A" 14039 Forms in on, 7/16/21
       To The I.R.S Had would like;
       the HELP As well ? If you Can

       Thank you.

                    CDCR
                    F-10981
         X                        X  8/9/2021

TO   Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552


From: Deandre Lewis F-10981 Cy-6-1un°
V.S.P. P.O. Box 92 Chowchilla CA 93610


I'm A" Victim OF Identity Theft
I put A" 14039 Form in on 7/16/21
to the IRS, and would like
you help as well ?. IF you can

Thank you.


CDCR
F-10981

x                    x 2/7/2021

TO:   ASSOCiate DepUty Administrator For
      Capital ACCESS United States Small
      Business Administration
      409 Thisd Street, S.W., Suite 8200
      Washington, DC 20416


From:  DeAnakke Lewis F-10981 C4-6-14P
V.SB   P.O. Box 92 ChowChilla, CA 93610


      I'M  A" Victim OF Identity Theft
      I, Put  12" 14038 Forms in on 7/16/21
      to the I.R.S. And would like to
      Help Us Well ? IF You Can


      Thank You.


                              COPY


                    CDCR
                    F10981

X [signature]                 X 2/9/2021

# EXHIBIT  F

Description of this Exhibit _COPY OF MY 1040_
_IN 9/5/21_

Number of Pages _1#_

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2020** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing Status** ☑ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)
Check only one box. If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| *Dermelter* | *Lewis F-10981* | 571 83 1919 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. *P.O. BOX 76* Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. *CHOWHILLA* State *CA* ZIP code *93610*

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ☐ Yes ☑ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1956 ☐ Are blind Spouse: ☐ Was born before January 2, 1956 ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 1 | |
| 2a | Tax-exempt interest . . . | 2a | b Taxable interest | 2b | |
| 3a | Qualified dividends . . . | 3a | b Ordinary dividends | 3b | |
| 4a | IRA distributions . . . | 4a | b Taxable amount . . | 4b | |
| 5a | Pensions and annuities . | 5a | b Taxable amount . . | 5b | |
| 6a | Social security benefits . | 6a | b Taxable amount . . | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | 7 | |
| 8 | Other income from Schedule 1, line 9 | | | 8 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income ▶ | | | 9 | |
| 10 | Adjustments to income: | | | | |
| a | From Schedule 1, line 22 | 10a | | | |
| b | Charitable contributions if you take the standard deduction. See instructions | 10b | | | |
| c | Add lines 10a and 10b. These are your total adjustments to income ▶ | | | 10c | |
| 11 | Subtract line 10c from line 9. This is your adjusted gross income ▶ | | | 11 | |
| 12 | Standard deduction or itemized deductions (from Schedule A) | | | 12 | 12,400 |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | | 13 | |
| 14 | Add lines 12 and 13 | | | 14 | 12,400 |
| 15 | Taxable income. Subtract line 14 from line 11. If zero or less, enter -0- | | | 15 | 0 |

**Standard Deduction for—**
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B Form **1040** (2020)

| | | |
|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | 16 |
| 17 | Amount from Schedule 2, line 3 | 17 |
| 18 | Add lines 16 and 17 | 18 |
| 19 | Child tax credit or credit for other dependents | 19 |
| 20 | Amount from Schedule 3, line 7 | 20 |
| 21 | Add lines 19 and 20 | 21 |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | 23 |
| 24 | Add lines 22 and 23. This is your total tax ▶ | 24 |
| 25 | Federal income tax withheld from: | |
| a | Form(s) W-2 | 25a |
| b | Form(s) 1099 | 25b |
| c | Other forms (see instructions) | 25c |
| d | Add lines 25a through 25c | 25d |

If you have a qualifying child, attach Sch. EIC.
If you have nontaxable combat pay, see instructions.

| | | | |
|---|---|---|---|
| 26 | 2020 estimated tax payments and amount applied from 2019 return | 26 | |
| 27 | Earned income credit (EIC) | 27 | |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| 30 | Recovery rebate credit. See instructions | 30 | 1,800 |
| 31 | Amount from Schedule 3, line 13 | 31 | |
| 32 | Add lines 27 through 31. These are your total other payments and refundable credits ▶ | 32 | 1,800 |
| 33 | Add lines 25d, 26, and 32. These are your total payments ▶ | 33 | 1,800 |

**Refund**

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you overpaid | 34 | 1,800 |
| 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 35a | 1,800 |

Direct deposit? See instructions.

▶ b Routing number [ ][ ][ ][ ][ ][ ][ ][ ][ ]     ▶ c Type: ☐ Checking  ☐ Savings
▶ d Account number [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

| | | | |
|---|---|---|---|
| 36 | Amount of line 34 you want applied to your 2021 estimated tax ▶ | 36 | |

**Amount You Owe**

For details on how to pay, see instructions.

| | | | |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the amount you owe now | 37 | |

Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details.

| | | | |
|---|---|---|---|
| 38 | Estimated tax penalty (see instructions) | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See Instructions ▶ ☐ Yes. Complete below.  ☒ No

Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶ [ ][ ][ ][ ][ ]

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| | | |
|---|---|---|
| Your signature | Date 4/5/21 | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |

Phone no.     Email address

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
| Firm's name ▶ | | | Phone no. | |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to www.irs.gov/Form1040 for instructions and the latest information.     Form **1040** (2020)

# EXHIBIT  G

Description of this Exhibit _And My COPY OF MY._
_4401   9/18/2021._
_And My CDCR 128 B   OF_
_MY Disability   10/2021_

Number of Pages _3_

# CALIFORNIA UNIFORM STATUTORY POWER OF ATTORNEY
## (California Probate Code Section 4401)

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT (CALIFORNIA PROBATE CODE SECTIONS 4400-4465). IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, _DEANDRE LEWIS_ of _VALLE SHATE PRISON P.O. Box 96 Chowchilla, CA 93610_,
[Principal's Name]                    [Principal's Address]

appoint _DEVONÉT NEWBERRY_ of _1350 SHATE AVE 6 PALMDALE, CA 93577_,
[Agent's Name]                         [Agent's Address]

as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following

initialed subjects:

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS. TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING. TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

**INITIAL**

____ **(A)** Real property transactions.

____ **(B)** Tangible personal property transactions.

____ **(C)** Stock and bond transactions.

____ **(D)** Commodity and option transactions.

____ **(E)** Banking and other financial institution transactions.

____ **(F)** Business operating transactions.

____ **(G)** Insurance and annuity transactions.

____ **(H)** Estate, trust, and other beneficiary transactions.

____ **(I)** Claims and litigation.

____ **(J)** Personal and family maintenance.

____ **(K)** Benefits from social security, medicare, medicaid, or other governmental programs, or civil or military service.

____ **(L)** Retirement plan transactions.

____ **(M)** Tax matters.

_D.L_ **(N)** ALL OF THE POWERS LISTED ABOVE.

YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

SPECIAL INSTRUCTIONS:

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR
EXTENDING THE POWERS GRANTED TO YOUR AGENT.

*Devonte to have Power over my -*
*life, Big 660. So If you need to;*
*Extending your power you can. To the*
*my I get out of Jail.*

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE
IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

**This power of attorney will continue to be effective even though I become incapacitated.**

STRIKE THE PRECEDING SENTENCE IF YOU DO NOT WANT THIS POWER OF ATTORNEY TO
CONTINUE IF YOU BECOME INCAPACITATED.

EXERCISE OF POWER OF ATTORNEY WHERE MORE THAN ONE AGENT DESIGNATED

**If I have designated more than one agent, the agents are to act** *SEPARATELY.*

IF YOU APPOINTED MORE THAN ONE AGENT AND YOU WANT EACH AGENT TO BE ABLE TO
ACT ALONE WITHOUT THE OTHER AGENT JOINING, WRITE THE WORD "SEPARATELY" IN
THE BLANK SPACE ABOVE. IF YOU DO NOT INSERT ANY WORD IN THE BLANK SPACE, OR IF
YOU INSERT THE WORD "JOINTLY", THEN ALL OF YOUR AGENTS MUST ACT OR SIGN
TOGETHER.

**I agree that any third party who receives a copy of this document may act under it.
Revocation of the power of attorney is not effective as to a third party until the third party has
actual knowledge of the revocation. I agree to indemnify the third party for any claims that
arise against the third party because of reliance on this power of attorney.**

**Signed this** _____ **day of** _9/3/_ _____ **20** _21_.

_____
[Signature of Principal]

_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_
**[Principal's Social Security Number]**

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE
FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

*COP-1*

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California *Madera* )

County of _____*Madera*_____ )

On *September 3, 2021* before me, *Latonya Sheree Baker*,

   Date          Here Insert Name and Title of the Officer

personally appeared _____*Deandre Lewis*_____

   Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

LATONYA SHEREE BAKER
Notary Public - California
Madera County
Commission # 2215463
My Comm. Expires Sep 23, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Latonya Sheree Baker*

   Signature of Notary Public

*Place Notary Seal Above*

──────────── **OPTIONAL** ────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: *Power of Attorney*   Document Date: *September 3, 2021*

Number of Pages: *2*   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: *Deandre Lewis*

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☑ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: *Self*

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION CDCR 128-B

NAME:  LEWIS, D.                    NUMBER:  F-10981                    HOUSING:  C4-06-1U

On Tuesday, August 10, 2021, at approximately 1000 hours, I provided inmate LEWIS, who's a participant in the Disability Placement Program at the designation of LEARNING DISABILITY with comprehensive information related to the below:

> The purpose of the inmate Disability Placement Program.

> Availability of the CCRs, Armstrong Remedial Plan, and similar printed materials in accessible formats to inmates with disabilities, which can be accessed in the Law Library (located on the Main Yard).

> CDCR Form 1824 Reasonable Accommodation Request and the location of forms.

> Reasonable Accommodation/modifications are available to qualified inmates, e.g. sign language interpreters for due process settings, e.g., Rules Violation Reports (RVRs), medical consultation, Board of Parole (BP) hearings, etc.

> Access to inmate/staff readers or scribes and availability of specialized library equipment for hearing/vision impaired, learning disabled inmates such as text magnifiers, large print materials, audiocassette tapes, etc.  Magnifiers for reading are also available in housing units.  Application process for the Talking Book Program (TBP) (to apply for the TBP, a TBP application can be picked up from the Law Library. The TBP application and a CDCR 7362, noting the disability that meets the eligibility requirement, must be forwarded to medical for review).

> The process of personal notification by staff for notification of announcements, visits, ducats, messages, etc., in the housing unit.

> Access to a telecommunication device for the deaf (TDD) and/or volume control telephone.

> Access to a close captioned television in the housing unit.

> The institution's ADA Worker Program.

> Verified case-by-case medical exceptions to institutional count procedures.

> Information regarding emergency alarms/evacuations, announcements and notices.

The above-information was effectively communicated using Simple English spoken slowly and clearly to ensure the inmate understood. The inmate asked appropriate questions to the information provided.

By signing this document, the inmate confirms he was provided the above-noted orientation.

M. NAVARRETTE (CCiiA) wl
Staff:  Print and Sign

Derrick Lee Lewis
Inmate Name:  Print Name & Number

Inmate Signature

Cc:        ERMS
           Writer
           Inmate